Case Name: Fadlevich v. JD 34th Street Realty, LLC     Case Number: 1:19 CV - 04227 ( DG )

(MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER
## As to Plaintiff's FDCPA actual damages

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | X | | |
| 3. Requested: | | | |
|    a. Medical records authorization | | | |
|    b. CPL § 160.50 releases for arrest records | | X | |
|    c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed<br><br>(Parties will provide ESI in pdf and native electronic format (eg, emails). | X | | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | X | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 1 week after plaintiff depo |
| 2. Defendant to make settlement offer | | | 2 weeks after plaintiff depo |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | X | |
| 2. Motion to amend pleadings | | X | |
| 3. Initial documents requests and interrogatories | | X | |
| 4. All fact discovery to be completed as to FDCPA actual damages (including disclosure of medical records) | | | 03/31/22 |

Rev. 06-28-2021

| | | | |
|---|---|---|---|
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | Completed | | |
| 6. Expert discovery (only if needed) | *To be set at close of all fact discovery.* | | |
| Plaintiff expert proposed field(s) of expertise: | *To be set at close of all fact discovery.* | | |
| Defendant expert proposed field(s) of expertise: | *To be set at close of all fact discovery.* | | |
| *Items a. – c. below to be set at close of all fact discovery.* | **DONE** | **Not Applicable** | **DATE** |
| a. Affirmative expert reports due | | X | |
| b. Rebuttal expert reports due | | X | |
| c. Depositions of experts to be completed | | X | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | X | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | X | |
| 9. If any party seeks a **dispositive motion**, date to<br>a. file request for pre-motion conference (if required), or<br>b. file briefing schedule for the motion | | X | |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | X | |

| | |
|---|---|
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | |
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |
| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | |
| 1. Motion for collective action certification in FLSA cases | X |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____    _____
**MARCIA M. HENRY**                          **Date**
United States Magistrate Judge

Rev. 06-28-2021