UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK FADLEVICH,

                              Plaintiff,                  Docket # 19-CV-04227

        -against-                                    (AMD-CLP)

JD 34TH STREET REALTY LLC, GUTMAN, MINTZ,      ANSWER TO SECOND
BAKER & SONNENFELDT, LLP, and ERIC               AMENDED COMPLAINT
KEILBACH,

                              Defendants.
-------------------------------------------------------------------X

      As the sole difference between Plaintiff's Second Amended Complaint (Dkt No.:64) and First Amended Complaint (Dkt No.:48), as represented by Plaintiff, is the inclusion of an allegation concerning this Court's diversity jurisdiction, which is set forth at paragraph "2" of the Second Amended Complaint, Defendants GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP, and ERIC KEILBACH, deny having knowledge or information sufficient to form a belief as to the allegation contained in paragraph "2" and further incorporate their Answer to the First Amended Complaint as if fully set forth herein.

DATED:      Uniondale, New York
                 December 1, 2021

                                                   Yours, etc.,

                                                     RIVKIN RADLER LLP
                                                     Attorneys for Defendants
                                                     GUTMAN, MINTZ, BAKER &
                                                     SONNENFELDT, LLP, AND ERIC
                                                     KEILBACH

                        By:     *Kenneth A. Novikoff*
                                                     Kenneth A. Novikoff (KAN- - 0350)
                                                     A Member of the Firm
                                                     926 RXR Plaza
                                                     Uniondale, New York 11556-0926
                                                     (516) 357-3000
                                                     File No.:  000445-00074