UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MARK FADLEVICH,

                        Plaintiff,                Docket # 19-CV-04227

              -against-                (AMD-CLP)

JD 34TH STREET REALTY LLC, GUTMAN, MINTZ,    <u>DEFENDANT JD 34TH</u>
BAKER & SONNENFELDT, LLP, and ERIC         <u>STREET REALTY LLC'S</u>
KEILBACH,                         <u>ANSWER TO SECOND</u>
                       Defendants.    <u>AMENDED COMPLAINT</u>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      As the sole difference between Plaintiff's Second Amended Complaint (Dkt No.:64)

and First Amended Complaint (Dkt No.:48), as represented by Plaintiff, is the inclusion of an

allegation concerning this Court's diversity jurisdiction, which is set forth at paragraph "2" of

the Second Amended Complaint, Defendant JD 34TH STREET REALTY LLC, denies

having knowledge or information sufficient to form a belief as to the allegation contained in

paragraph "2" and further incorporates its September 19, 2019 Answer to the First Amended

Complaint, Affirmative Defenses and Cross-Claim as if fully set forth herein.

DATED:      New York, New York
             February 9, 2022

                        HERRICK FEINSTEIN LLP

                        /s/
                        Arthur G. Jakoby
                        Attorneys for Defendant JD 34TH
                        Street Realty LLP
                        2 Park Avenue
                        New York, New York 10016
                        (212) 592-1438