

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

September 22, 2022

**VIA ECF**
Magistrate Judge Marcia M. Henry
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

      Re:    *Fadlevich v. JD 34th Street, et. al.*
              Docket No.: 19-cv-04227

Your Honor:

      The law firm of Rivkin Radler, LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman Defendants"), in the above referenced action. On September 7, 2022, Plaintiff filed a motion to lift the stay of discovery. The Gutman Defendants' time to respond is presently due on September 28, 2022.

      I respectfully request an extension of time until October 11, 2022 for the Gutman Defendants to file their opposition to this motion. This request is necessitated due to the upcoming Jewish holidays, as well as my other personal and professional commitments. This is the Gutman Defendants' first request for an extension of time concerning opposition to this motion.

      Plaintiff's counsel has consented to this request and has asked that, accordingly, Plaintiff's time to file a reply be extended until October 25, 2022. The Gutman Defendants obviously consent to this Request.

      Respectfully submitted,

      RIVKIN RADLER LLP

      *Kenneth A. Novikoff*
      Kenneth A. Novikoff

KAN/sme

66 South Pearl Street, 11th Floor     25 Main Street                       477 Madison Avenue              2649 South Road
Albany, NY 12207-1533                  Court Plaza North, Suite 501         New York, NY 10022-5843         Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199          Hackensack, NJ 07601-7082            T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                       T 201.287.2460 F 201.489.0495