# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (347) 308-4859
Fax: (877) 496-7809

February 22, 2023

**VIA ECF**
Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**  **Joint Request to Extend Discovery Deadline from May 5, 2023 to July 5, 2023.**

  *Fadlevich v. JD 34th Street Realty, LLC,* **No. 1:19-cv-04227-DG-MMH**

Dear Judge Henry:

  The undersigned represents the Plaintiff Mark Fadlevich in the above-captioned FDCPA action.

  Due to conflicts in schedules and technical difficulties in producing certain documents such as emails in their native electronic format, there has been a delay in completing the paper discovery needed prior to beginning depositions of the parties, as well as scheduling difficulties in arranging the depositions themselves. Accordingly, the parties jointly request a 60 day extension of the current deadline of May 5, 2023 to July 5, 2023 to complete fact and expert discovery. This is the first request for an extension of the discovery schedule set at the hearing on January 5, 2023. The parties do not believe it is necessary to adjourn the deadline for a joint status report on April 6, 2023.

Respectfully,

  /s/

Emma Caterine