# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (347) 308-4859  
Fax: (877) 496-7809

April 6, 2023

**VIA ECF**  
Magistrate Judge Marcia M. Henry  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: **Joint Request to Extend Deadline to File Joint Status Report to April 10, 2023.**

*Fadlevich v. JD 34th Street Realty, LLC,* **No. 1:19-cv-04227-DG-MMH**

Dear Judge Henry:

The undersigned represents Plaintiff in this matter. I write on behalf of all Parties.

Today is the deadline for the parties to file a joint status letter. Unfortunately because of Passover and other matters, not all counsel are able to draft or review and revise the joint letter. Therefore the parties respectfully request to be able to file the joint report on Monday, April 10, 2023. This is the first request of the parties for an extension of this deadline.

The parties apologize for the tardiness of this application.

Respectfully,

/s/

Ahmad Keshavarz