UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARK FADLEVICH

                              Case No.: 1:19-cv-04227-AMD-CLP

                Plaintiff,

   -against-

JD 34TH STREET REALTY LLC,
GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP,
and
ERIC KEILBACH,

                Defendants.
-----------------------------------------------------------------X

## STIPULATION AS TO PLAINTIFF PROPOUNDING DISCOVERY TO GUTMAN DEFENDANTS

The Parties enter into this following Stipulation as to Plaintiff Propounding Discovery to Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach (collectively the "Gutman Defendants") to attempt to minimize the accrual of attorney's fees and case expenses in the case at bar.

The Gutman Defendants agree that they will not object as to the timeliness of discovery demands propounded by Plaintiff on or before June 19, 2023, that Plaintiff in good faith believes are related to the testimony from the upcoming 30(b)(1) and 30(b)(6) depositions of the Gutman Defendants scheduled for June 8 and 16, 2023, and will provide responses and/or raise objections (except as to timeliness) even if the deadline to respond is otherwise outside the deadline for the close of fact discovery (currently July 5, 2023).

The Parties respectfully request the Court to authorize the same by So Ordering this Stipulation.

1

Last saved: 6/7/2023 10:13 AM

**AGREED:**
Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach

By: _____/s/ Ken Novikoff_____  Date: __6/7/23__
      Ken Novikoff
      Rivkin Radler LLP


**AGREED:**
Defendant JD 34th Street Realty LLC

By: __/s/ Arthur Jakoby__  Date: 06/09/2023
      Arthur G. Jakoby
      Herrick, Feinstein LLP


**AGREED:**
Plaintiff Mark Fadlevich

By: __/s/ Ahmad Keshavarz__  Date: 06/15/2023
      Ahmad Keshavarz
      The Law Office of Ahmad Keshavarz


        **SO ORDERED** this _____ day of _____, 2023.


        _____
        **Magistrate Judge Marcia M. Henry**

Last saved: 6/7/2023 10:13 AM