UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARK FADLEVICH

                                                                Case No.: 1:19-cv-04227-NRM-MMH

                        Plaintiff,

      -against-

JD 34TH STREET REALTY LLC,
GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP,
and
ERIC KEILBACH,

                        Defendants.
------------------------------------------------------------------------X

**STIPULATION AS TO PLAINTIFF PROPOUNDING DISCOVERY TO GUTMAN DEFENDANTS**

      The Parties enter into this following Stipulation as to Plaintiff Propounding Discovery to Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach (collectively the "Gutman Defendants") to attempt to minimize the accrual of attorney's fees and case expenses in the case at bar.

      The Gutman Defendants agree that they will not object as to the timeliness of discovery demands propounded by Plaintiff on or before June 19, 2023, that Plaintiff in good faith believes are related to the testimony from the upcoming 30(b)(1) and 30(b)(6) depositions of the Gutman Defendants scheduled for June 8 and 16, 2023, and will provide responses and/or raise objections (except as to timeliness) even if the deadline to respond is otherwise outside the deadline for the close of fact discovery (currently July 5, 2023).

      The Parties respectfully request the Court to authorize the same by So Ordering this Stipulation.

**AGREED**:
Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach

By: _____  Date: 6/7/23
    Ken Novikoff
    Rivkin Radler LLP

**AGREED**:
Defendant JD 34th Street Realty LLC

By: /s/ Arthur Jakoby  Date: 06/09/2023
    Arthur G. Jakoby
    Herrick, Feinstein LLP

**AGREED**:
Plaintiff Mark Fadlevich

By: /s/ Ahmad Keshavarz  Date: 06/15/2023
    Ahmad Keshavarz
    The Law Office of Ahmad Keshavarz

SO ORDERED this __22__ day of __June__, 2023.

_Marcia M. Henry_
**Magistrate Judge Marcia M. Henry**

Last saved: 6/7/2023 10:13 AM