UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
MARK FADLEVICH

          Plaintiff,    Case No.: 1:19-cv-04227-NRM-MMH

 -against-

JD 34TH STREET REALTY LLC,
GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP,
and
ERIC KEILBACH,
          Defendants.
-----------------------------------------------------------------X

## SECOND STIPULATION OF USE DEPOSITIONS FROM *CRESPO* LAWSUIT

The Parties enter into this following Second Stipulation to attempt to minimize the accrual of attorney's fees and case expenses in the case at bar.

Counsel for Plaintiff in the instant action are one of the law firms representing the plaintiff in *Crespo v. Gutman, Mintz, Baker & Sonnenfeldt, LLP et al.*, Case No. 1:22-cv-06599-JPO (SD NY) ("Crespo"). Counsel for Defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP ("Gutman LLC") and Eric Keilbach (collectively the "Gutman Defendants") in the instant action is counsel for those same Gutman Defendants in Crespo.

On April 21, 2023 the Court So Ordered [DE 93] a Stipulation to use in the instant case transcripts of depositions taken in *Crespo*.

On May 31, 2023 the Plaintiff in the Crespo case noticed the depositions of certain 30(b)(1) witnesses of *Crespo*. Many of the factual issues to be addressed in *Crespo* would apply in *Fadlevich*.

Therefore the Parties enter into this Second Stipulation of Use of Depositions from the

*Crespo* lawsuit in an attempt to minimize the accrual of attorney's fees and case expenses in the case at bar.

1. The deposition transcript(s) of the Fed.R.Civ.P. 30(b)(1) Notice of Deposition propounded by the plaintiff on Defendant Gutman LLC on May 31, 2023 in *Crespo* may be used in the instant action as if taken in the instant action;

2. The Parties in the instant case retain the objections made in the above *Crespo* depositions, including as to relevance, the latter which were preserved by stipulation agreed to at the *Crespo* deposition. The Parties also retain the right to object as to relevancy in this action relating to the specific sections of the *Crespo* deposition transcript(s) that relate solely to Mr. Crespo.

3. The Gutman Defendants stipulate that, if plaintiff believes in good faith that a subsequent errata sheet of the above listed witness raise issues that plaintiff believes in good faith he should have a right to explore, the Gutman Defendants consents to a subsequent deposition of said witness(es).

**AGREED**:
Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach

By: _____ Date: 6/7/23
    Ken Novikoff
    Rivkin Radler LLP


**AGREED**:
Defendant JD 34th Street Realty LLC

By: ___/s/ Arthur Jakoby_____ Date: 06/09/2023
    Arthur G. Jakoby
    Herrick, Feinstein LLP

Last saved: 6/7/2023 9:30 AM

**AGREED**:
Plaintiff Mark Fadlevich

By: ___/s/ Ahmad Keshavarz___ Date: 06/15/2023
      Ahmad Keshavarz
      The Law Office of Ahmad Keshavarz

SO ORDERED this __22__ day of __June__, 2023.

_Marcia M. Henry_
**Magistrate Judge Marcia M. Henry**

3