UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
MARK FADLEVICH

                                                                               Case No.: 1:19-cv-04227-AMD-CLP

                                   **Plaintiff**,
      -against-

JD 34TH STREET REALTY LLC,
GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP,
and ERIC KEILBACH,
                                **Defendants**.
-----------------------------------------------------------------X

      Plaintiff, Mark Fadlevich, ("Plaintiff") and Defendants, Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman Defendants"), **HEREBY STIPULATE AND AGREE AS FOLLOWS**:

      **WHEREAS** the United District Court for the Eastern District of New York, by Order dated July 7, 2023, required Plaintiff and Gutman Defendants to complete financial discovery as to the Gutman Defendants by September 5, 2023;

      **WHEREAS** Plaintiff served and/or renewed discovery demands on the Gutman Defendants as to the issue of financial discovery;

      **WHEREAS** the Gutman Defendants objected to Plaintiff's discovery demands concerning financial discovery;

      **WHEREAS** counsel for Plaintiff and the Gutman Defendant met and conferred at various and numerous times in an attempt to arrive at a resolution of the Gutman Defendants' objections to Plaintiff's respective financial discovery demands;

      **WHEREAS** the parties have come to an agreement and did so before September 5, 2023, with regard to the financial discovery to produced to Plaintiff, *to wit*:

      1.     Defendant Gutman will provide Plaintiff with the following financial information, in the form and in accordance with Exhibit "A" attached hereto:

      a. Summary of Operations for the year ended December 31, 2022;

      b. Balance Sheet December 31, 2022;

      c. Profit & Loss – January through December 2022;

      d. Balance Sheet as of December 31, 2022.

2. The "Summary of Operations for the year ended December 31, 2022" and "Balance Sheet December 31, 2022" will be certified by Defendant Gutman's accountant as being the same documents that Defendant Gutman provided to its financial institution.

3. The "Profit & Loss – January through December 2022" and "Balance Sheet as of December 31, 2022" documents will be certified by Defendant Gutman's accountant as being created by him in Quickbooks and is based upon his review of Defendant Gutman's records.

4. Should this action still be active in 2023 and 2024, Defendant will produce Plaintiff the same type of financial discovery for 2023 and 2024, respectively.

5. The information identified in ¶1 herein will be the <u>only</u> discovery produced in accordance with the aforementioned Court Order.

6. No deposition will be taken of any officer, employee or agent of Defendant Gutman, including but not limited to Defendant Gutman's accountant, with regard to the aforementioned financial discovery produced.

7. The information identified in ¶1 is deemed CONFIDENTIAL, with no further action needed to be taken by the Gutman Defendants to confirm confidentiality.

8. The information identified in ¶1 herein is governed by the Protective Order entered into by the parties, [Dkt # 65], and So Ordered on October 28, 2021 except, notwithstanding ¶9 of the Protective Order, Plaintiff waives his right to challenge the Gutman Defendant's Confidentiality designation.

9. Notwithstanding ¶5 of the Protective Order, the information identified in ¶1 herein and produced in accordance with the aforementioned Court Order will be for "attorney-eyes" only.

10. The parties agree that such information produced pursuant to this Stipulation can only be filed under seal, unless the Court rules otherwise.

**AGREED**:
Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach

By: *Kenneth A. Novikoff* _____ Date: 9/19/23
　　Ken Novikoff
　　Rivkin Radler LLP

**AGREED**:
Plaintiff Mark Fadlevich

By: *Ahmad Keshavarz* _____ Date: 9/19/23
　　Ahmad Keshavarz
　　The Law Office of Ahmad Keshavarz

**SO ORDERED this   day of _____, 2023.**

_____
Magistrate Judge Marcia H. Henry

# EXHIBIT "1"

GUTMAN, MINTZ, BAKER & SONNENFELDT LLP
SUMMARY OF OPERATIONS
FOR THE YEAR ENDED DECEMBER 31, 2022

OPERATING INCOME
Fee Income
Dividend income
Total income

Cost of Sales - Schedule A

    GROSS PROFIT

General and Administrative Expenses -
  Schedule B

    NET INCOME BEFORE INTEREST,
      TAXES AND AMORTIZATION
Interest
Amortization of goodwill
NYS Pass through entity tax
NY and NJ State Filing Fees

    NET INCOME



GUTMAN, MINTZ, BAKER & SONNENFELDT LLP
BALANCE SHEET
DECEMBER 31, 2022

ASSETS

CURRENT ASSETS
   Cash
   Accounts receivable
     TOTAL CURRENT ASSETS

INTANGIBLE ASSETS
   Goodwill
   Less: accumulated amortization
     Net intangible assets

   TOTAL ASSETS



LIABILITIES & PARTNERS' CAPITAL

CURRENT LIABILITIES
   Accounts payable
   Notes payable ▮
   Due to pension and 401k Plan
   Current portion term loan ▮
   Current portion due to estate of ▮
   Current portion due to ▮
     TOTAL CURRENT LIABILITIES

OTHER LIABILITIES (Note C)
   Due to the estate of ▮
▮
   Term loans - ▮
     TOTAL OTHER LIABILITIES
     TOTAL LIABILITIES

PARTNERS' CAPITAL

     TOTAL PARTNERS' CAPITAL
     TOTAL LIABILITIES & PARTNERS' CAPITAL



# Gutman, Mintz, Baker & Sonnenfeldt LLP
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | ███ |
| **Cost of Goods Sold** | ███ |
| **Gross Profit** | ███ |
| **Expense** | ███ |
| **Net Ordinary Income** | ███ |
| **Net Income** | ███ |

## Gutman, Mintz, Baker & Sonnenfeldt LLP
## Balance Sheet
### As of December 31, 2022

**ASSETS**
  Current Assets
    Checking/Savings

    Other Current Assets

  Total Current Assets

  Other Assets

**TOTAL ASSETS**

**LIABILITIES & EQUITY**
  Liabilities
    Current Liabilities
      Other Current Liabilities

    Total Current Liabilities

    Long Term Liabilities

  Total Liabilities

  Equity
    32000 · Retained Earnings
    3400 · Capital
    Net Income

  Total Equity

**TOTAL LIABILITIES & EQUITY**

