

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

April 10, 2025

**VIA ECF**
Judge Nina R. Morrison
Eastern District of New York
225 Cadman Plaza East
Courtroom 6E North
Brooklyn, New York 11201

Magistrate Judge Marcia M. Henry
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

    Re:    *Fadlevich v. JD 34th Street, et. al.*
              Docket No.: 19-cv-04227

Your Honors:

    The law firm of Rivkin, Radler LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman Defendants"), in the above referenced action. Reference is made to Judge Morrisons' Order dated March 31, 2025. *See, Dkt. # 135*. Counsel for Plaintiff and the Gutman Defendants have conferred and both agree to "reopen discovery for the purpose of developing additional facts related to Plaintiff's conversion claim."

    Counsel have further conferred, agreed and jointly request, that based upon our respective professional and personal commitments, as well as the fact that it is anticipated that non-party discovery will be sought, that a one-hundred, twenty (120), period be So Ordered to complete discovery on this issue. The parties, also in furtherance of Judge Morrison's Order, are directing this communication also to Magistrate Judge Henry and requesting a conference be scheduled.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

RIVKIN RADLER LLP

April 10, 2025
Page 2

                                               Respectfully submitted,

                                               RIVKIN RADLER LLP

                                               *Kenneth A. Novikoff*
                                               Kenneth A. Novikoff

Ahmad Keshavarz at: ahmad@newyorkconsumerattorney.com
Arthur Jakoby at ajakoby@herrick.com

4917-9516-7796, v. 1

7744304.v1