

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

September 4, 2025

**VIA ECF**
Magistrate Judge Marcia M. Henry
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

   Re: *Fadlevich v. JD 34th Street, et. al.*
     Docket No.: 19-cv-04227

Your Honors:

  The law firm of Rivkin, Radler LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman Defendants"), in the above referenced action.  Reference is made to Your Honor's Order dated August 21, 2025, requiring the Gutman Defendants to file a response to Plaintiff's "pre-motion conference" letter on or before September 5, 2025.

  The Gutman Defendants respectfully request a brief extension, until Monday, September 8, 2025, in which to file any opposition.  I apologize that this request has not been made at least three (3) business days before the deadline, and respectfully request that Your Honor waive that requirement in this instance.

  Plaintiff's counsel has consented.  This is the Gutman Defendants second request for an extension.

  This request is based upon my schedule.  Upon my return to my office this Tuesday, various matters arose that required more of my attention than I had previously anticipated and continue to do so.  I will be able to devote my full attention to this issue over the weekend and come to a decision, with my client, as to whether to file an opposition and, if so, to prepare a fulsome response.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

RIVKIN RADLER LLP

September 4, 2025
Page 2

      I respectfully submit that this brief request will not unduly delay resolution of this action, including the conclusion of discovery on Plaintiff's conversion claim.

                Respectfully submitted,

                RIVKIN RADLER LLP

                *Kenneth A. Novikoff*

                Kenneth A. Novikoff

Ahmad Keshavarz at: ahmad@newyorkconsumerattorney.com
Arthur Jakoby at ajakoby@herrick.com

4920-7419-8374, v. 1