

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

September 29, 2025

**VIA ECF**
Judge Nina R. Morrison
Eastern District of New York
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

    Re:    *Fadlevich v. JD 34th Street Realty, LLC,* **19-cv-04227-DG-MMH**

Your Honor:

Rivkin, Radler LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman"), in the above referenced action. Reference is made to your Honor's Order dated September 24, 2025.

Gutman opposes Plaintiff's Motion for Leave To Amend his Complaint.

    Respectfully submitted,

    RIVKIN RADLER LLP

    *Kenneth A. Novikoff*

    Kenneth A. Novikoff

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777