

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

September 29, 2025

**VIA ECF**
Judge Nina R. Morrison
Eastern District of New York
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

    Re:    *Fadlevich v. JD 34th Street Realty, LLC,* 19-cv-04227-DG-MMH

Your Honor:

    Rivkin, Radler LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman"), in the above referenced action. Reference is made to both your Honor's Order dated September 24, 2025, as well as Your Honor's Order dated September 8, 2025.

    Overlooked initially in my review of your Honor's September 24, 2025 Order was the **October 3, 2025** "response" date concerning the filing of opposition to plaintiff's motion for leave to amend. Your Honor's September 8, 2025 Order had provided for an **October 6, 2025** "response" date in which to file a response to this motion. Based upon my review of both Orders, I am presently unsure whether this change was intentional.

    Given the Yom Kippur holiday beginning on Wednesday, October 1, 2025, I will be taking off Wednesday and Thursday. Accordingly, I would respectfully request, to the extent that your Honor purposely altered the original response date in your September 24, 2025 Order, that the original October 6, 2025 date by reinstated.

    I have consulted with Plaintiff's counsel, and he has no objection of the reinstatement of the original October 6, 2025 "response" date.

                                     Respectfully submitted,

                                     RIVKIN RADLER LLP

                                     *Kenneth A. Novikoff*

                                   Kenneth A. Novikoff

4932-7603-4157, v. 1/

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777