

**Arthur G. Jakoby**
Partner
Phone: 212.592.1438
Fax: 212.545.3340
ajakoby@herrick.com

September 29, 2025

**Via ECF**
Judge Nina R. Morrison
Eastern District of New York
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

      **Re: Fadlevich v. JD 34th Street Realty, LLC, 19-cv-04227-DG-MMH**

Dear Judge Morrison:

Herrick Feinstein LLP represents defendant JD 34th Street Realty, LLC in this action. Reference is made to your Honor's Order dated September 24, 2025.

JD 34th Street Realty, LLC opposes Plaintiff's Motion for Leave to Amend his Complaint.

                Respectfully submitted,

                HERRICK, FEINSTEIN LLP

                *Arthur G. Jakoby*
                By:   Arthur G. Jakoby