# AHMAD KESHAVARZ
*Attorney at Law*

---

| 16 COURT ST., 26TH FLOOR<br>BROOKLYN, NY 11241-1026 | WWW.NEWYORKCONSUMERATTORNEY.COM<br>E-mail: ahmad@NewYorkConsumerAttorney.com | Telephone: (718) 522-7900<br>Fax: (877) 496-7809 |

October 14, 2025

**VIA ECF**
Judge Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   Leave to File Reply to Defendant JD 34th Street Realty, LLC's Unanticipated Memorandum of Law in Opposition to Plaintiff's Motion to Amend.
> *Fadlevich v. JD 34th Street Realty, LLC,* No. 1:19-cv-04227-NRM-MMH

Dear Judge Morrison:

Plaintiff files this letter to request leave to file a reply to the Memorandum of Law in Opposition to his Motion to Amend filed by Defendant JD 34th Street Realty, LLC ("JD 34th"). Dkt. No. 147. Plaintiff requests leave to file this reply because Plaintiff only anticipated receiving a response from the Gutman Defendants—the only parties against whom new claims are asserted, and the only parties who opposed Plaintiff's letter for a pre-motion conference—and consequently only addressed the arguments raised by the Gutman Defendants in their letter, Dkt. No. 140, opposing Plaintiff's letter for a pre-motion conference. Indeed, it would have been impossible for Plaintiff to respond to Defendant JD 34th's arguments, as Defendant JD 34th only indicated it intended to oppose Plaintiff's motion on September 29, 2025, Dkt. No. 144—nearly a week after the filing of Plaintiff's Memorandum of Law in Support of his Motion for Leave to Amend and Proposed Third Amended Complaint, Dkt. No. 142.

Plaintiff's Proposed Third Amended Complaint left in state law claims against Defendant JD 34th, including an EIPA claim which had already been dismissed by this Court. Plaintiff left those claims in the third amended complaint not out of an intent to pursue further litigation against Defendant JD 34th in district court, but to preserve his rights to appeal. *See Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, 2024 WL 4404127 at *1 (S.D.N.Y. 2024) (allowing the repleading of previously-dismissed counts in an amended complaint to preserve a plaintiff's appeal rights). Plaintiff and his counsel are fully aware that the EIPA claim has been dismissed and await a definitive ruling from this Court on the conversion claim as to Defendant JD 34th.

Plaintiff requests leave to file a letter reply of two pages or less briefly addressing Defendant JD 34th's arguments. Replies are allowed "in the exceptional but rare case" wherein "a party demonstrates to the court that papers to which it seeks to file a reply raise new issues which are material to the disposition of the question before the court." *United States v. Int'l Bus. Machines Corp.*, 66 F.R.D. 383, 384 (S.D.N.Y. 1975). Defendant JD 34th's reply does so, raising entirely separate issues from the Gutman Defendants which, unlike the issues raised by the

Gutman Defendants, were not previewed to Plaintiff's counsel or the Court prior to the filing of Plaintiff's motion.

Respectfully,

/s/

Ahmad Keshavarz