# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

November 7, 2025

**VIA ECF**  
Judge Nina R. Morrison  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re:    **Plaintiff's Consent Request for 30-Day Extension of Time to Complete Discovery to Allow Re-Scheduling of Currently Noticed Deposition of Non-Party Wells Fargo.**
*Fadlevich v. JD 34th Street Realty, LLC,* **No. 1:19-cv-04227-NRM-MMH**

Dear Judge Morrison:

    Plaintiff files this letter to request a thirty day extension of time to complete discovery to allow for the deposition of a corporate representative of Wells Fargo, N.A., on the factual matters relevant to Plaintiff's unresolved conversion claim for which discovery has been reopened.

    Defendants consent to this request.

    Wells Fargo has been subpoenaed for the deposition of a 30(b)(6) witness on November 19. Outside counsel for Wells Fargo and Plaintiff's counsels have conferred as to matters of the scope and timing of the deposition. Contingent on the Court enlarging the deadline to complete discovery, Plaintiff and outside counsel for Wells Fargo have agreed to re-set the Zoom deposition of a corporate representative from November 19 to December 10. Wells Fargo's agreement is without prejudice to object to the subpoena should the parties not reach agreement on narrowing the scope of the requested discovery.

    Outside counsel for Wells Fargo needs additional time to confer with his client to further discuss the scope of the 30(b)(6) topics, and to identify and prepare a 30(b)(6) witness. Counsels have come to an agreement on many of the items and are working on clarifying the scope of a few additional items. Counsels believe they can work out outstanding issues. However, Wells Fargo does so without waiving its rights to seek appropriate relief from the court if necessary.

    The current deadline to complete discovery on the conversion claim is November 19. This is the first request for the extension of this reopened discovery period. Plaintiff requests a 30-day extension from November 19 to December 19. While Wells Fargo has agreed to its deposition on December 10, an extension to December 19 would give additional cushion in the event that unforeseen scheduling issues arise for Wells Fargo.

      Plaintiff is prepared to go forward with the currently scheduled deposition. However, granting this application will greatly reduce the likelihood of Wells Fargo moving to quash the subpoena for procedural reasons that could be avoided with the extension.

      Plaintiff thanks the Court for its consideration.

Respectfully,

/s/

Ahmad Keshavarz