# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR　　WWW.NEWYORKCONSUMERATTORNEY.COM　　Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026　　E-mail: ahmad@NewYorkConsumerAttorney.com　　Fax: (877) 496-7809

February 23, 2026

**VIA ECF**
Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>   Re:   Joint status letter as to close of discovery pending Plaintiff's motion to enforce subpoena of documents responsive to Plaintiff's previous subpoenas. *Fadlevich v. JD 34th Street Realty, LLC,* No. 1:19-cv-04227-NRM-MMH

Dear Judge Henry:

　　The Parties[1] file this joint status report regarding the close of discovery as per Your Honor's ECF Order of January 13.

　　Plaintiff will move to enforce three subpoenas for documents served on Wells Fargo. Plaintiff contends he did not know, and could not reasonably have known, of the existence of, and Wells Fargo's non-production of, key documents until after the December 18-19, 2025 deposition of a Wells Fargo corporate representative. See Dkt. No. 151 p. 1, ¶ 3 (Status Letter). One key document has been produced, but the balance of the documents have not been produced, as will be described in the forthcoming motion to enforce.

　　After production of these documents, Plaintiff can certify that discovery has been completed.

Respectfully,

　　/s/

Ahmad Keshavarz

---

[1] As used in this letter, the term "Parties" means Plaintiff and the Gutman Defendants. Defendant JD 34th Street Realty, LLC did not attend or take any part in the deposition of Wells Fargo.