

**Shakiah Ford Jones**
Senior Assistant Vice President
Senior Paralegal

**Legal Department**
MAC D1050-290
401 South Tryon Street
29th Floor
Charlotte, NC  28202-1911

Work:  704-410-6218
Fax:    877-572-7039
Shakiah.F.Jones@wellsfargo.com

January 23, 2026

<u>VIA EMAI</u>L:  ahmad@NewYorkConsumerAttorney.com
The Law Office of Ahmad Keshavarz
16 Court Street, Suite 2600
Brooklyn, NY  11241-1026

Re:      Mark Fadlevich v. JD 34th Street Realty, LLC, et al; Case No: 1:19-cv-04227-AMD-CLP
         Wells Fargo Reference # **WF202559458210**

Dear Ahmad Keshavarz:

In response to your subpoena served on Wells Fargo Bank, N.A. regarding the above-referenced case, enclosed is the production which is Bates Stamped WF000498.

Please note the information contained in the above-mentioned enclosed documents may contain sensitive information.  As such, said production has been marked as "Confidential" and is to be regarded the same, and therefore may not be used or disclosed outside of the context of the underlying matter for which the request was submitted.  Also, unless otherwise noted and or agreed upon in writing, let this correspondence serve as confirmation that as the recipient of the aforementioned documents, upon the conclusion of the underlying matter for which the request was submitted, you agree to return or destroy all confidential information heretofore furnished.

Please feel free to contact Andrew Arthur, copied.

Very truly yours,

*Shakiah Jones*

Shakiah F. Jones
Senior Assistant Vice President - Senior Paralegal
Wells Fargo Legal Department

Enclosure
cc:  Andrew Arthur, Zeichner Ellman & Krause LLP

© 2019 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

## **WELLS FARGO BANK, N.A.**
## **BUSINESS RECORDS DECLARATION**

**Wells Fargo Matter Number: WF202559458210**

I, Shakiah Ford Jones, declare:

1. I am employed by Wells Fargo Bank, N.A. (hereinafter, "Wells Fargo") and am a duly authorized and qualified witness to certify the authenticity of the attached records.

2. I am over the age of 18 and am competent to testify to the facts stated herein.

3. Wells Fargo reserves the right to designate another Custodian of Records as it deems appropriate in the event an actual appearance is required concerning the records produced.

4. Attached hereto are one document(s) and/or page(s) which are Bates stamped WF000498.

5. The copies of the business records provided are true copies of records maintained by Wells Fargo and are produced pursuant to that certain subpoena issued in the State of New York relating to Mark Fadlevich v. JD 34th Street Realty, LLC, et al; Reference number 1:19-cv-04227-AMD-CLP.

6. These records were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records, and it was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit information therein to be included in such record.

7. The records enclosed may include copies of documents in the possession of Wells Fargo but not necessarily created by Wells Fargo personnel or representatives. If such documents are included, it is within the ordinary course of business for Wells Fargo to maintain said documents.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct on this the 23rd day of January, 2026.

*/s/ Shakiah Jones*

Shakiah Ford Jones
Senior Assistant Vice President - Senior Paralegal
Three Wells Fargo Center
401 S. Tryon Street, 29th Floor
Charlotte, NC  28202-1911



| Site | VIEWPOINTE | Paid Date | 12182018 | Serial No | 1671904 |
|---|---|---|---|---|---|
| Routing | 10700543 | Account |  | PC | 000060 |
| Amount | 16570.21 | Sequence | 6680699225 | Capture Source | 00010009 |

**Front Black & White Image**



**Back Black & White Image**



CONFIDENTIAL                                                                                              WF000498