AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▾

|  |  |
|---|---|
| Mark Fadlevich | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-cv-04227 |
| JD 34th Street Realty, LLC, Gutman, Mintz, Baker & Sonnenfeldt, LLP, and Eric Keilbach | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Wells Fargo, N.A.
3 Flushing Ave, Suite 100, Brooklyn, NY 11205

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached rider

| Place: The Law Office of Ahmad Keshavarz 16 Court Street, 26th Floor Brooklyn, NY 11241 | Date and Time: 02/20/2026 5:00 pm |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/06/2026

| *CLERK OF COURT* | OR | s/ Ahmad Keshavarz |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Mark Fadlevich
_____ , who issues or requests this subpoena, are:
Ahmad Keshavarz, 16 Court Street, 26th Floor, Brooklyn, NY 11241, ahmad@newyorkconsumerattorney.com, (347) 308-4859

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## DEFINITIONS AND INSTRUCTIONS

Please refer to SDNY Local Rule 26.3 Uniform Definitions in Discovery Requests for the terms used in these topics. Those definitions control in the event of any conflict with the following additional definitions.

1. "Wells Fargo" means Wells Fargo, N.A. as well as Wells Fargo's full or abbreviated name, its officers, directors, employees, partners, corporate parent, agents, predecessors, subsidiaries or affiliates.

2. The term "you" or "your" means Wells Fargo.

3. "Possession, custody, or control" of an item means that the person either has physical possession of the item or has a right to possession that is equal or superior to the person who has physical possession of the item.

4. The term "Gutman" or "Gutman Mintz" means GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP.

5. The "Gutman Defendants" means Gutman Mintz, Eric Keilbach and/or Gary Thigpen.

6. Fadlevich means Mark Fadlevich, whose date of birth is ███████████ and whose Social Security Number is ███████.

7. Documents may be produced by email to ahmad@newyorkconsumerattorney.com.

8. Emails should be produced in their native format, forwarded as attachments, to preserve attachments and metadata.

9. The "Complaints and Management Department" means the department or departments referred to by that name in Kim Denaro's December 18 and December 19 deposition, whether or not that is the correct and current name of the department; if this department is named the Operations Complaint Management Executive Office, these requests refer to that department.

10. The "Payouts and Releases Department" means the department or departments referred to by that name in Kim Denaro's December 18 and December 19 deposition, whether or not that is the correct and current name of the department.

11. **"Correspondence Regarding Bank Restraint"** means letters and supporting documents mailed to Wells Fargo from Mr. Fadlevich or on the behalf of on or about the following dates:

    a. December 14, 2018

    b. January 24, 2019

    c. April 3, 2019

    d. April 24, 2019

12. "**Wells Fargo Response Letters**:" includes, *inter alia*, correspondence from Wells Fargo to Mr. Fadlevich attached to this subpoena, which includes:

    1. Wells Fargo's letter of November 26, 2018, to Mr. Fadlevich.

2. Wells Fargo's letter of December 11, 2018, to Mr. Fadlevich.

3. Wells Fargo's letter of December 12, 2018, to Mr. Fadlevich.

4. Wells Fargo's letter of December 24, 2018, to Mr. Fadlevich.

5. Wells Fargo's letter of January 8, 2019, to Mr. Fadlevich.

6. Wells Fargo's letter of February 15, 2019, to Mr. Fadlevich.

7. Wells Fargo's letter of February 25, 2019, to Mr. Fadlevich.

8. Wells Fargo's letter of March 18, 2019, to Mr. Fadlevich.

9. Wells Fargo's letter of March 25, 2019, to Mr. Fadlevich.

10. Wells Fargo's letter of April 19, 2019, to Mr. Fadlevich.

## DOCUMENTS ATTACHED TO THIS SUBPOENA

Attached to this subpoena please see the following documents.

1. Transcripts of Wells Fargo's December 18-December 19, 2025 deposition, referencing the "Complaints and Management Department" and the "Payouts and Releases Department". *See e.g.* December 18 transcript, pp. 26:10, 38:12-39:8, 67:4; December 19 transcript pp. 191:18, 211:22, 216:13.

2. "Wells Fargo Response Letters" dated:

    1. Wells Fargo's letter of November 26, 2018, to Mr. Fadlevich.

    2. Wells Fargo's letter of December 11, 2018, to Mr. Fadlevich.

    3. Wells Fargo's letter of December 12, 2018, to Mr. Fadlevich.

    4. Wells Fargo's letter of December 24, 2018, to Mr. Fadlevich.

    5. Wells Fargo's letter of January 8, 2019, to Mr. Fadlevich.

    6. Wells Fargo's letter of February 15, 2019, to Mr. Fadlevich.

    7. Wells Fargo's letter of February 25, 2019, to Mr. Fadlevich.

    8. Wells Fargo's letter of March 18, 2019, to Mr. Fadlevich.

    9. Wells Fargo's letter of March 25, 2019, to Mr. Fadlevich.

    10. Wells Fargo's letter of April 19, 2019, to Mr. Fadlevich.

## EXHIBIT A

Please produce all of the following documents "in your possession, custody, or control":

1.  The documents concerning the "Correspondence Regarding Bank Restraint" or "Wells Fargo Response Letters" or the information subpoenas or bank restraints dates January 1 2018 or later not already produced by Wells Fargo in response to a prior subpoena. This includes, without limitation, documents in the possession custody of control of:

    a.   "the Payouts and Releases Department."

    b.  "Complaints and Management Department."
    c.

2.  The "Correspondence Regarding Bank Restraint" in the electronic format kept by Wells Fargo and/or a single pdf file for each items of correspondence received on or about the following dates"

    a.  December 14, 2018

    b.  January 24, 2019

    c.  April 3, 2019

    d.  April 24, 2019

Last saved: 2/6/2026 4:23 PM



Legal Order Processing D1111-01A
P.O. Box 1416
Charlotte, NC 28262

December 11, 2018

MARK H. FADLEVICH
3038 MASSEY RD APT 404
VESTAVIA HILLS AL 35216-3741

Subject:  Required withdrawal from your account ending in 0848
Wells Fargo case number: 121562418

Dear MARK H. FADLEVICH:

We want to let you know that on December 10, 2018, Wells Fargo was served with the legal order, in the amount of $17,522.40, which requires us by law to deduct money from your account.  As a result, we withdrew $952.19 from your account on December 11, 2018 and charged a non-refundable processing fee of $125.00.  Please be aware we may withdraw money in the future in response to the legal order.

| Account Number | Debit Amount | Bank Fee |
|---|---|---|
| XXXXXX0848 | $952.19 | $125.00 |

If you would like more information about the  legal order, please contact:

Ronald Moses, Marshal
(212) 349-4303
Case No:R92604

If you have questions about your account, please call Wells Fargo Customer Service at  (800) 344-8170, 24 hours a day, 7 days a week.

Thank you.

Sincerely,

*Joe Medina*

Operations Manager
Legal Order Processing



**WELLS FARGO**

Wells Fargo Bank N.A.
Return Mail Purposes Only
MAC N9777-010 LLG
PO Box 5131
Sioux Falls, SD  57117-5131

002499    XNLLG145

MARK H. FADLEVICH
3038 MASSEY RD APT 404
VESTAVIA HILLS, AL  35216-3741

XNLLG145 002499 3452124113 NNNNN NNNNN 000001 CXNLTFAA 005167





Legal Order Processing D1111-01
PO Box 1416
Charlotte, NC 28262

December 12, 2018

MARK H. FADLEVICH
3038 MASSEY RD APT 404
VESTAVIA HILLS AL 35216-3741

Subject: Important information about your account ending in - 0848
Wells Fargo case number: 121562418

## **AMENDED LETTER**
### PLEASE DISREGARD ANY OTHER LETTERS YOU RECEIVE REGARDING THE BELOW ACCOUNT NUMBER

Dear MARK H. FADLEVICH:

### *Why am I receiving this notice?*

On December 12, 2018, Wells Fargo Bank, N.A., received a "garnishment order" from a court or government agency to freeze or remove funds in your account. A "garnishment order" means a writ, order, notice, summons, judgment, levy, or similar written instruction issued by a court, a state agency, a municipality, or municipal corporation, or a state child support enforcement agency (referenced collectively as "creditor" in this notice), to hold or remove funds from an account. The amount of the garnishment order was for $17,522.40. We are sending you this notice to let you know what we have done in response to the garnishment order.

### *What is garnishment?*

Garnishment is a legal process that allows a creditor to remove funds from your bank account to satisfy a debt that you have not paid. In other words, if you owe money to a person or company they can obtain a court order directing your bank to take money out of your account to pay off your debt. If this happens, you cannot use that money in your account.

### *What has happened to my account?*

On December 12, 2018, we researched your account and identified one or more federal benefit payments deposited in the last two months. In most cases, federal benefit payments are protected from garnishment. As required by federal regulation, therefore, we have established a "protected amount" of funds that will remain available to you and that will not be frozen or removed from your account in response to the garnishment order.

In the event your account contained additional money that may not be protected from garnishment, the chart below informs you. As required by law, we have placed a hold or removed these funds in the amount of $952.19 and may have to turn these funds over to your creditor as directed by the garnishment order.

The chart below summarizes this information about your account.

ACCOUNT SUMMARY AS OF December 12, 2018

| Account Number | Amount in account | Amount protected | Amount subject to garnishment (now frozen/removed) | Garnishment fee charged |
|---|---|---|---|---|
| XXXXXX0848 | $4,197.19 | $1,562.00 | $952.19 | $125.00 |

Please note that these amount(s) may be affected by deposits or withdrawals after the protected amount was calculated on December 12, 2018



Legal Order Processing D1111-01
PO Box 1416
Charlotte, NC 28262

***Do I need to do anything to access my protected funds?***

You may use the "protected amount" of money in your account as you normally would. *There is nothing else that you need to do to make sure that the "protected amount" is safe.*

***Who garnished my account?***

The creditor who obtained a garnishment order against you is: Ronald Moses, Marshal.

***What type of federal benefit payments are protected from garnishment?***

In most cases, you have protections from garnishment if the funds in your account include one or more of the following federal benefit payments:

- Social Security benefits
- Veterans benefits
- Railroad Unemployment Insurance benefits
- Federal Employees Retirement System benefits
- Supplemental Security Income benefits
- Railroad Retirement benefits
- Civil Service Retirement System benefits

***What should I do if I think that additional funds in my account are from federal benefit payments?***

If you believe that additional funds in your account are from federal benefit payments and should not have been frozen or removed, there are several things you can do, subject to applicable law.

- You can fill out an exemption form and submit it to the court.

- You may contact the creditor that garnished your account and explain that additional funds are from federal benefit payments and should be released back to you. The creditor may be contacted at:

    Ronald Moses, Marshal
    212349-4303
    CASE No: R92604

- You may also contact an attorney (lawyer) to help you prove to the creditor that garnished your account that additional funds are from federal benefit payments and cannot be taken. If you cannot afford an attorney, you can seek assistance from a free attorney or legal aid society. You can find information about free legal aid programs at http://www.lawhelp.org.

This notice contains all the information that we have about the garnishment order. However, if you have a question about your account you may contact Wells Fargo Customer Service at (800) 869-3557, 24 hours a day, 7 days a week.

Thank you.

Sincerely,

*Joe Medina*

Operations Manager
Legal Order Processing



**Operations Complaint Management Executive Office**
**S3928-015**
P.O. Box 53440
Phoenix, AZ 85072

December 24, 2018

Mark H. Fadlevich
3038 Massey Rd Apt 404
Vestavia Hills, AL 35216-3741

Subject: Concerns regarding Wells Fargo case number 115416218

Dear Mark H. Fadlevich:

This letter is to inform you that we are in receipt of your concerns. We would like to assure you that we are in the process of reviewing this matter. You can expect to hear from us with a resolution or an update within ten business days.

If you have any questions in the meantime, you may contact the associate researching your concerns at 1-480-724-2000, Monday through Friday, 7:00 a.m. to 4:00 p.m., Pacific Time.  During the Daylight Saving Time months, our hours are equivalent to 8:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

*Trina Gomez*

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 144082939



**Operations Complaint Management
Executive Office
S3928-018**
P.O. Box 53474
Phoenix, AZ 85072-3474

January 8, 2019

Mark H. Fadlevich
3038 Massey Rd Apt 404
Vestavia Hills, AL 35216-3741

Subject: Concerns regarding Wells Fargo case number 115416218

Dear Mark H. Fadlevich:

We are writing in response to your concerns. We appreciate the opportunity to address this matter.

On November 21, 2018 we received a New York Information Subpoena and Restraining Notice in which we were ordered to comply with. The legal order was in the amount of $16,550.97.

To fulfill the legal order, we debited the account ending in 0848 in the amount $23,839.89. Also, we debited a Legal Order Processing fee from the account ending in 0848 in the amount of $125.00.

On November 26, 2018 we researched your account and identified one or more federal benefit payments deposited in the last two months. In most cases, federal benefit payments are protected from garnishment. As required by federal regulation, therefore, we established a "protected amount" in the amount of $1,562.00 that remained available to you and was not frozen or removed from your account in response to the garnishment order. We do apologize for any inconvenience this may have caused.

In this event, your account contained additional money that was not protected from garnishment order. As required by law, we placed a hold and removed funds in the amount of $23,839.89 and had to turn these funds over to your creditor as directed by the garnishment order. Since we didn't receive a fax to release funds to you, check #1671904 in the amount of $16,570.21 was mailed to the City Marshal Ronald Moses on December 13, 2018. Please contact Gutman, Mintz, Baker & Sonnenfeldt, LLP with any and all attempts to regain the funds as they're no longer in our possession, as they have been paid out in direct response to the legal order. Their number is (516)616-0734.

At this moment, we have yet to receive a release directing us to return the remainder of the funds back to your account. Please have the Gutman, Mintz, Baker & Sonnenfeldt, LLP fax us notification instructing us to do so. Our fax number is (866)670-1561.

If you have further questions regarding this matter, please call us at 1-480-724-2000, Monday through Friday, 7:00 a.m. to 4:00 p.m., Pacific Time. During the Daylight Saving Time months, our hours are equivalent to 8:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 144082939



**Operations Complaint Management Executive Office**
S3928-018
P.O. Box 53474
Phoenix, AZ 85072-3474

February 15, 2019

Mark H. Fadlevich
3038 Massey Rd Apt 404
Vestavia Hills, AL 35216-3741

Subject: Concerns regarding Wells Fargo case number 115416218

Dear Mark H. Fadlevich:

We are writing to let you know the Operations Complaint Management Executive Office received your concerns. You can expect to hear from us with a resolution or an update within ten business days.

If you have questions while we review this matter, please call us at 1-480-724-2000, Monday through Friday, 7:00 a.m. to 4:00 p.m., Pacific Time. During the Daylight Saving Time months, our hours are equivalent to 8:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

*Trina Gomez*

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 145822536





**Operations Complaint Management
Executive Office
S3928-018**
P.O. Box 53474
Phoenix, AZ 85072-3474

February 25, 2019

Mark H. Fadlevich
3038 Massey Rd. Apt. 404
Vestavia Hills, AL 35216-3741

Subject: Concerns regarding Wells Fargo case numbers 115416218 & 121562418

Dear Mark H. Fadlevich:

We are writing in response to your concerns. We do appreciate the opportunity to address this matter.

For our case #115416218, on November 21, 2018, we received a valid legal order, which we were ordered to comply with. The legal order was an Information Subpoena and Restraining Notice from *Gutman, Mintz, Baker & Sonnenfeldt LLP* for $16,550.97. For the state of New York we are to double the legal amount requested, which makes the calculated legal amount of $33,101.94. An exemption amount of $3,120.00 was applied to the account ending in 0848, due to federal benefits. Any amount over the exempt amount can be taken. To attempt to fulfill the legal order, we debited $23,839.89 from the checking account ending in 0848 and on the same day a legal order processing fee of $125.00 was debited from the same account. On December 13, 2018, we received a levy and demand, to payout $16,570.21. On December 13, 2018, we sent a check to *Ronald Moses, City Marshall*, in the amount of $16,570.21. We are still holding $7,269.68.

For our case #121562418, on November 21, 2018, we received a valid legal order, which we were ordered to comply with. The legal order was a Marshall Levy New from *Ronald Moses, Marshal* for $17,522.40. An exemption amount of $3,120.00 was applied to the account ending in 0848.To attempt to fulfill the legal order, we debited $952.19 from the same account and on the same day a legal order processing fee of $125.00 was debited from the same account. On December 13, 2019, the amount of $16,570.21 from the previous case was transferred to this case. On December 20, 2019, the amount of $17,522.40 was returned to the account it came from. Exempt funds are federal benefits that are direct deposited into an account in the sixty days prior to the serve date of the legal order. We do apologize for any inconvenience.

If you have further questions regarding this matter, please call us at 1-480-724-2000, Monday through Friday, 7:00 a.m. to 4:00 p.m., Pacific Time. During the Daylight Saving Time months, our hours are equivalent to 8:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

Trina Gomez

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 145822536



Return Mail Purposes Only
N9777-113 UWHCAP4
PO Box 5191
Sioux Falls, SD 57117-5191

March 18, 2019



040799 L2Q0T071 RQC4073S
MARK H. FADLEVICH
3038 MASSEY RD APT 404
VESTAVIA HILLS, AL 35216-3741

Subject: Follow-up to previously submitted complaint

Dear Customer:

As part of our commitment to make things right for customers, we are contacting current and former customers of Wells Fargo who may have submitted a complaint to us, the Consumer Financial Protection Bureau, or another government agency about receiving an unwanted consumer or small business product or service sold through a Wells Fargo branch.   We want to ensure you are satisfied with how your complaint was resolved.

**We are here to help**

If you submitted a complaint about an unwanted consumer or small business product or service and feel your complaint was not fully addressed, please contact us at 1-877-924-8697, Monday - Friday, 9:00 a.m. to 9:00 p.m. Eastern Time.

For customers with hearing or speech disabilities, we support telecommunications relay service calls.

Thank you.

Sincerely,

Wendy Tazelaar
Senior Vice President
Customer Remediation Office

UWHCAP4
721299039756814



**WELLS FARGO**

**Wells Fargo Bank, N.A.**
Legal Order Processing
MAC N9777-010
PO BOX 5131
Sioux Falls,SD 57117



3521683741 C018







U.S POSTAGE ⟫ PITNEY BOWES

ZIP 28262 $ 000.50⁰
02 4W
0000335733 MAR 21 2019



Legal Order Processing D1111-01A
P.O. Box 1416
Charlotte, NC 28201

March 20, 2019

MARK H. FADLEVICH
3038 MASSEY RD APT 404
VESTAVIA HILLS AL 35216-3741

Subject: Important information about your account ending in 0848 (WF Case #: 28582119)

Dear MARK H. FADLEVICH:

### Why am I receiving this notice?

On March 14, 2019, Wells Fargo Bank, N.A., received a "garnishment order" from a court or government agency to freeze or remove funds in your account. A "garnishment order" means a writ, order, notice, summons, judgment, levy, or similar written instruction issued by a court, a state agency, a municipality, or municipal corporation, or a state child support enforcement agency (referenced collectively as "creditor" in this notice), to hold or remove funds from an account. The amount of the garnishment order was for $16,941.74. We are sending you this notice to let you know what we have done in response to the garnishment order.

### What is garnishment?

Garnishment is a legal process that allows a creditor to remove funds from your bank account to satisfy a debt that you have not paid. In other words, if you owe money to a person or company they can obtain a court order directing your bank to take money out of your account to pay off your debt. If this happens, you cannot use that money in your account.

### What has happened to my account?

On March 14, 2019, we researched your account and identified one or more federal benefit payments which were deposited in the last two months. In most cases, federal benefit payments are protected from garnishment. As required by federal regulation, we have established a "protected amount" of funds that will remain available to you and will not be frozen or removed from your account in response to the garnishment order.

In the event your account contained additional money that may not be protected from garnishment, the chart below informs you of what to expect. As required by law, we have placed a hold or removed these funds in the amount of $8,016.44 and may have to turn over these funds to your creditor as directed by the garnishment order.

The chart below summarizes this information about your account.

ACCOUNT SUMMARY AS OF MARCH 14, 2019

| Account number | Amount in account | Amount protected | Amount subject to garnishment (now frozen or removed) | Garnishment fee charged |
|---|---|---|---|---|
| XXXXXX0848 | $13,347.44 | $1,606.00 | $8,016.44 | $125.00 |

Please note that these amount(s) may be affected by deposits or withdrawals after the protected amount was calculated on March 14, 2019.

28582119
LEGL

Civil Court of the City of New York
County of Queens

-------------------------------------------------X

JE 34TH STREET REALTY LLC

INFORMATION
SUBPOENA WITH
RESTRAINING NOTICE

Plaintiff (Judgment Creditor)

File No  370129
Index #  L&T 58732/16

-against-

MARK FADLEVICH
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

Defendants (Judgment Debtor(s))

-------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

To:     WELLS FARGO BANK N.A.
        c/o CORPORATION SERVICE CO
        80 STATE ST
        ALBANY, NY 12207

Account Holds and Levies
        RE:    JE 34TH STREET REALTY LLC
         v    MARK FADLEVICH
        WHEREAS, there is an action in the above entitled Court, between the above named Plaintiff and Defendant who are all the parties named in said action, and a Judgment, which was entered on 8/24/2016 in favor of the Plaintiff, JE 34TH STREET REALTY LLC against the Defendant MARK FADLEVICH, in the total amount of  $13,785.00 of which $16,941.74,  remains due and unpaid.

        WHEREAS, it appears that you may be in possession or custody of property which Judgment Debtor has an interest.

        NOW THEREFORE, YOU ARE HEREBY COMMANDED, to furnish to the undersigned, in writing under oath, separate, complete and full answers to each written question on the questionnaire accompanying this Subpoena, and each answer referring to the questions to which it responds must be clearly notes; YOU MUST RETURN THE ANSWERS TOGETHER WITH THE ORIGINAL QUESTIONNAIRE WITHIN SEVEN (7) DAYS, after your receipt of this Subpoena.

        RESTRAINING NOTICE FOR ACCOUNTS CONTAINING NON-EXEMPT FUNDS
        ACCOUNTS CONTAINING SOLELY EXEMPT FUNDS SHOULD NOT BE RESTRAINED.
        PLEASE TAKE NOTICE, that pursuant to subdivision (b) of Section 5222 of the CPLR which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, interference with any property in which you have an interest, except as therein provided And  that this notice also covers all property in which the Judgment Debtor has an interest hereinafter coming into your possession or custody, and all debts hereafter coming due from you to the Judgment Debtor.
        CIVIL PRACTICE LAW AND RULES

Section 5222(b) Effect of restrain, prohibition of transfer, duration. A judgment debtor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except upon direction of the sheriff or pursuant to an order of the Court, until the Judgment is satisfied or vacated. A restraining notice served upon a person other than the Judgment Debtor is effective only if, at the time of service, he owes a debt to the Judgment Debtor or he is in possession or custody of property in which he knows or has reason to believe the Judgment Debtor has an interest or if the judgment credit has stated in the notice that a specified debt is owned by the person served to the judgment debtor or that the judgment debtor has an interest in specified property in the possession or custody of the person served, all property in which the judgment debtor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor, shall be subject to the notice, such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interest with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of the Court, until the expiration of one year after the notice is served upon him or until the judgment is satisfied or vacated, whichever event first occurs. A judgment creditor who has a specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor, for any damages sustained by reason of the restrain. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor in an amount equal to twice the amount due on the judgment, the restraining notice is not effective as to other property or money.

PLEASE TAKE FURTHER NOTICE that false swearing or failure to comply with this Subpoena and Restraining Notice is punishable as a Contempt of Court.

Date:  .  3/11/2019

Eric Keilbach Esq.
Gutman, Mintz, Baker & Sonnenfeldt, LLP
813 Jericho Turnpike
New Hyde Park, NY 11040
(516) 616-0734

CITY OF NEW YORK, County of Queens      SS:

Being duly sworn deposes and says; that deponent is the* ' ' '  ''Of
Recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth
below are made from information obtained from the records of the recipient.

Q. No.1   As to each such account, what is the exact title of the account, the date opened, amounts presently on deposit; if closed, the amount
on deposit when closed and the date closed?

| Title | Date Opened | Amount on Deposit | Amount Held | Date Closed |
|-------|-------------|-------------------|-------------|-------------|

MARK H. FADLEVICH
Account #:1000085930848 AMT:$13,347.44 OPN:06/22/05

Q. No.2   What is the debtor's name, Social Security and Date of Birth as listed in your records ?     (Also joint account holder, if applicable)

| Name | SS# | Date of Birth |
|------|-----|---------------|

MARK H. FADLEVICH
SS# 417192900
DOB:12/11/83

Q. No 3 What is the debtor's place of business including name, address and telephone number as listed in your records?

EMPLOYER  PRINTFRESH STUDIOS
3038 MASSEY RD APT 404 VESTAVIA HILLS AL 35216-3741
BUS. PHONE 2054221818

Q. No. 4  Does debtor have automatic credits (paychecks, socia... ...ny ...posited to any accounts.  If yes from where (including name
and address)

N/A

Q. No. 5  What is debtor's home address and home telephone number?

MARK H. FADLEVICH
3038 MASSEY RD APT 404 VESTAVIA HILLS AL 35216-3741
HOME PHONE 2054221818

Sworn to before me this        day of        20

_____
Signature- Print or type

Beneath
Attorney(s) for the Judgment Creditor
Post Office Address:

Eric Keilbach Esq.
Gutman, Mintz, Baker & Sonnenfeldt, LLP
813 Jericho Turnpike
New Hyde Park, NY 11040
(516) 616-0734

* Excerpt from CPLR 5224 (a) 3. "...Answers shall be made in writing under oath by the person upon whom service, if an individual, or by an Officer director,
agent or employee having information if a corporation, partnership or sole proprietorship. Each question shall be answered separately and fully and each
answer shall refer to the question to which it responds.  Answers shall be returned together with the original of the questions within seven days after receipt."

*ACCOUNTS CONTAINING SOLELY EXEMPT FUNDS SHOULD NOT BE RESTRAINED.*      File No  370129

I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES, AND SECTION 601 OF
THE GENERAL BUSINESS LAW, AND THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION
INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT

Wells Fargo Bank
A search of our records indicate the following

___ No Funds
___ No Accounts
___ Account Closed
_✓_ Under Threshold
___ No Customer Found
___ Funds Held



Legal Order Processing D1111-01A
P.O. Box 1416
Charlotte, NC 28201

March 20, 2019

MARK H. FADLEVICH
3038 MASSEY RD APT 404
VESTAVIA HILLS AL 35216-3741

Subject: Important information about your account ending in 0848 (WF Case #: 28582119)

Dear MARK H. FADLEVICH:

### Why am I receiving this notice?

On March 14, 2019, Wells Fargo Bank, N.A., received a "garnishment order" from a court or government agency to freeze or remove funds in your account. A "garnishment order" means a writ, order, notice, summons, judgment, levy, or similar written instruction issued by a court, a state agency, a municipality, or municipal corporation, or a state child support enforcement agency (referenced collectively as "creditor" in this notice), to hold or remove funds from an account. The amount of the garnishment order was for $16,941.74. We are sending you this notice to let you know what we have done in response to the garnishment order.

### What is garnishment?

Garnishment is a legal process that allows a creditor to remove funds from your bank account to satisfy a debt that you have not paid. In other words, if you owe money to a person or company they can obtain a court order directing your bank to take money out of your account to pay off your debt. If this happens, you cannot use that money in your account.

### What has happened to my account?

On March 14, 2019, we researched your account and identified one or more federal benefit payments which were deposited in the last two months. In most cases, federal benefit payments are protected from garnishment. As required by federal regulation, we have established a "protected amount" of funds that will remain available to you and will not be frozen or removed from your account in response to the garnishment order.

In the event your account contained additional money that may not be protected from garnishment, the chart below informs you of what to expect. As required by law, we have placed a hold or removed these funds in the amount of $8,016.44 and may have to turn over these funds to your creditor as directed by the garnishment order.

The chart below summarizes this information about your account.

ACCOUNT SUMMARY AS OF MARCH 14, 2019

| Account number | Amount in account | Amount protected | Amount subject to garnishment (now frozen or removed) | Garnishment fee charged |
|---|---|---|---|---|
| XXXXXX0848 | $13,347.44 | $1,606.00 | $8,016.44 | $125.00 |

Please note that these amount(s) may be affected by deposits or withdrawals after the protected amount was calculated on March 14, 2019.

Civil Court of the City of New York
County of Queens

———————————————————————X

JE 34TH STREET REALTY LLC

               Plaintiff (Judgment Creditor)

    -against-

MARK FADLEVICH
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

             Defendants (Judgment Debtor(s))

———————————————————————X

**28582119**
**LEGL**

INFORMATION
SUBPOENA WITH
RESTRAINING NOTICE

File No  370129
Index #  L&T 58732/16

## THE PEOPLE OF THE STATE OF NEW YORK

To:    WELLS FARGO BANK N.A.
       c/o CORPORATION SERVICE CO
       80 STATE ST
       ALBANY, NY 12207

Account Holds and Levies

        RE:    JE 34TH STREET REALTY LLC
         v    MARK FADLEVICH

        WHEREAS, there is an action in the above entitled Court, between the above named Plaintiff and Defendant who are all the parties named in said action, and a Judgment, which was entered on 8/24/2016 in favor of the Plaintiff, JE 34TH STREET REALTY LLC against the Defendant MARK FADLEVICH, in the total amount of $13,785.00 of which $16,941.74, remains due and unpaid.

        WHEREAS, it appears that you may be in possession or custody of property which Judgment Debtor has an interest.

        NOW THEREFORE, YOU ARE HEREBY COMMANDED, to furnish to the undersigned, in writing under oath, separate, complete and full answers to each written question on the questionnaire accompanying this Subpoena, and each answer referring to the questions to which it responds must be clearly notes; YOU MUST RETURN THE ANSWERS TOGETHER WITH THE ORIGINAL QUESTIONNAIRE WITHIN SEVEN (7) DAYS, after your receipt of this Subpoena.

### RESTRAINING NOTICE FOR ACCOUNTS CONTAINING NON-EXEMPT FUNDS
#### ACCOUNTS CONTAINING SOLELY EXEMPT FUNDS SHOULD NOT BE RESTRAINED.

        **PLEASE TAKE NOTICE,** that pursuant to subdivision (b) of Section 5222 of the CPLR which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, interference with any property in which you have an interest, except as therein provided And  that this notice also covers all property in which the Judgment Debtor has an interest hereinafter coming into your possession or custody, and all debts hereafter coming due from you to the Judgment Debtor.

#### CIVIL PRACTICE LAW AND RULES

Section 5222(b) Effect of restrain, prohibition of transfer, duration. A judgment debtor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except upon direction of the sheriff or pursuant to an order of the Court, until the Judgment is satisfied or vacated. A restraining notice served upon a person other than the Judgment Debtor is effective only if, at the time of service, he owes a debt to the Judgment Debtor or he is in possession or custody of property in which he knows or has reason to believe the Judgment Debtor has an interest or if the judgment credit has stated in the notice that a specified debt is owned by the person served to the judgment debtor or that the judgment debtor has an interest in specified property in the possession or custody of the person served, all property in which the judgment debtor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor, shall be subject to the notice, such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interest with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of the Court, until the expiration of one year after the notice is served upon him or until the judgment is satisfied or vacated, whichever event first occurs. A judgment creditor who has a specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor, for any damages sustained by reason of the restrain. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor in an amount equal to twice the amount due on the judgment, the restraining notice is not effective as to other property or money.

PLEASE TAKE FURTHER NOTICE that false swearing or failure to comply with this Subpoena and Restraining Notice is punishable as a Contempt of Court.

Date:  .  3/11/2019

                                    Eric Keilbach Esq.
                                    Gutman, Mintz, Baker & Soanenfeldt, LLP
                                    813 Jericho Turnpike
                                    New Hyde Park, NY 11040
                                    (516) 616-0734

CITY OF NEW YORK, County of Queens    SS:

Being duly sworn deposes and says; that deponent is the* _____ Of Recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth below are made from information obtained from the records of the recipient.

Q. No.1   As to each such account, what is the exact title of the account, the date opened, amounts presently on deposit; if closed, the amount on deposit when closed and the date closed?

| Title | Date Opened | Amount on Deposit | Amount Held | Date Closed |
|---|---|---|---|---|
| | | MARK H. FADLEVICH Account #:1000085930848 AMT:$13,347.44 OPN:06/22/05 | | |

Q. No.2   What is the debtor's name, Social Security and Date of Birth as listed in your records?   (Also joint account holder, if applicable)

| Name | SS# | Date of Birth |
|---|---|---|
| | | MARK H. FADLEVICH SS# 417192900 DOB:12/11/83 |

Q. No 3 What is the debtor's place of business including name, address and telephone number as listed in your records?

EMPLOYER  PRINTFRESH STUDIOS
3038 MASSEY RD APT 404 VESTAVIA HILLS AL 35216-3741
BUS. PHONE 2054221818

Q. No. 4  Does debtor have automatic credits (paychecks, socia. ____ ...., ....._...... ..  ...y accounts. If yes from where (including name and address)

N/A

Q. No. 5  What is debtor's home address and home telephone number?

MARK H. FADLEVICH
3038 MASSEY RD APT 404 VESTAVIA HILLS AL 35216-3741
HOME PHONE 2054221818

Sworn to before me this ____ day of ____ 20__

Beneath

Attorney(s) for the Judgment Creditor
Post Office Address:

Signature- Print or type

Eric Keilbach Esq.
Gutman, Mintz, Baker & Sonnenfeldt, LLP
813 Jericho Turnpike
New Hyde Park, NY 11040
(516) 616-0734

* Excerpt from CPLR 5224 (a) 3. "...Answers shall be made in writing under oath by the person upon whom service, if an individual, or by an Officer director, agent or employee having information if a corporation, partnership or sole proprietorship. Each question shall be answered separately and fully and each answer shall refer to the question to which it responds. Answers shall be returned together with the original of the questions within seven days after receipt."

*ACCOUNTS CONTAINING SOLELY EXEMPT FUNDS SHOULD NOT BE RESTRAINED.*    File No  370129

I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES, AND SECTION 601 OF THE GENERAL BUSINESS LAW, AND THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT

Wells Fargo Bank
A search of our records indicate the following
____ No Funds
____ No Accounts
____ Account Closed
_✓_ Under Threshold
____ No Customer Found
____ Funds Held

WELLS FARGO

**Operations Complaint Management**
Executive Office
53928-018
P.O. Box 53474
Phoenix, AZ 85072-3474

352163741 CO18





ZIP 85282
02 4W
0000352532 APR 11 2019

$ 000.50°

US POSTAGE ⟫ PITNEY BOWES



**Operations Complaint Management Executive Office**
S3928-018
P.O. Box 53474
Phoenix, AZ 85072-3474

April 10, 2019

Mark H. Fadlevich
3038 Massey Rd Apt 404
Vestavia Hills, AL 35216-3741

Subject: Concerns regarding Wells Fargo account number ending in 0848

Dear Mark H. Fadlevich:

We are writing to let you know the Operations Complaint Management Executive Office received your concerns. You can expect to hear from us with a resolution or an update within ten business days.

If you have questions while we review this matter, please call us at 1-480-724-2000, Monday through Friday, 7:00 a.m. to 4:00 p.m., Pacific Time. During the Daylight Saving Time months, our hours are equivalent to 8:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 147774700



**WELLS FARGO**

**Operations Complaint Management**
Executive Office
53928-018
P.O. Box 53474
Phoenix, AZ 85072-3474

CRL-15B    35216

04/24/19

Presort
First Class Mail
ComBasPrice





U.S. POSTAGE ≫ PITNEY BOWES

ZIP 85282
02 4W
0000352562 APR 23 2019

$ 000.38³



**Operations Complaint Management
Executive Office
S3928-018**
P.O. Box 53474
Phoenix, AZ 85072-3474

April 19, 2019

Mark H. Fadlevich
3038 Massey Rd. Apt. 404
Vestavia Hills, AL 35216-3741

Subject: Concerns regarding Wells Fargo case numbers 28582119 & 115416218

Dear Mark H. Fadlevich:

We are writing in response to your concerns. We do appreciate the opportunity to address this matter.

On November 21, 2018, we received a valid *Information Subpoena and Restraining Notice from Gutman, Mintz, Baker & Sonnenfeldt LLP*, which we were obligated to comply with. The legal order was in the amount of $16,550.97. For the state of New York, we are to hold double the legal amount requested, which makes the calculated legal amount of $33,101.94. An exemption amount of $3,120.00 was applied to the account ending in 0848, due to federal benefits. Any amount over the exempted amount can be taken for the legal order. To fulfill the legal order, we debited the account ending in 0848 in the amount of $23,839.89, and a legal order processing fee of $125.00 was assessed. On December 13, 2018, we received a levy and demand, to payout $16,570.21 and a check in the amount of $16,570.21 was mailed to *Ronald Moses, City Marshall*. Additionally, we are still holding $7,269.68, and in order to release the funds from case *115416218*, please have Gutman, Mintz, Baker & Sonnenfeldt, LLP fax us a letter of release at 1-866-670-1561.

On November 21, 2018, we received a valid legal order, which we were ordered to comply with. The legal order was a Marshall Levy New from *Ronald Moses, Marshal* for $17,522.40. An exemption amount of $3,120.00 was applied to the account ending in 0848.To fulfill the legal order, we debited the amount of $952.19 from the account ending in 0848, and a legal order processing fee of $125.00 was assessed. On December 13, 2019, the amount of $16,570.21 from case ending in 6218 was transferred to case ending in 2418 and on December 20, 2019, the amount of $17,522.40 was returned to the account ending in 0848.

On March 14, 2019, we received a valid *New York Information Subpoena and Restraining Notice,* which we were obligated to comply with. The legal order was in the amount of $16,941.74. The amount of $8,016.44 was debited for the legal order and legal order processing fee of $125.00 was assessed. An exemption amount of $3,600.00 was applied to the account ending in 0848. Any amount of over the exempted amount can be taken for the legal order. In order to release the funds from case *28582119*, please have Gutman, Mintz, Baker & Sonnenfeldt, LLP fax us a letter of release at 1-866-670-1561. We apologized for the inconvenience the legal orders may have caused.

If you have further questions regarding this matter, please call us at 1-480-724-2000, Monday through Friday, 7:00 a.m. to 4:00 p.m., Pacific Time. During the Daylight Saving Time months, our hours are equivalent to 8:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 147774700



Operations Complaint Management
Executive Office
S3928-018
P.O. Box 53474
Phoenix, AZ 85072-3474

April 19, 2019

Mark H. Fadlevich
3038 Massey Rd. Apt. 404
Vestavia Hills, AL 35216-3741

Subject: Concerns regarding Wells Fargo case numbers 28582119 & 115416218

Dear Mark H. Fadlevich:

We are writing in response to your concerns. We do appreciate the opportunity to address this matter.

On November 21, 2018, we received a valid *Information Subpoena and Restraining Notice from Gutman, Mintz, Baker & Sonnenfeldt LLP*, which we were obligated to comply with. The legal order was in the amount of $16,550.97. For the state of New York, we are to hold double the legal amount requested, which makes the calculated legal amount of $33,101.94. An exemption amount of $3,120.00 was applied to the account ending in 0848, due to federal benefits. Any amount over the exempted amount can be taken for the legal order. To fulfill the legal order, we debited the account ending in 0848 in the amount of $23,839.89, and a legal order processing fee of $125.00 was assessed. On December 13, 2018, we received a levy and demand, to payout $16,570.21 and a check in the amount of $16,570.21 was mailed to *Ronald Moses, City Marshall*. Additionally, we are still holding $7,269.68, and in order to release the funds from case *115416218*, please have Gutman, Mintz, Baker & Sonnenfeldt, LLP fax us a letter of release at 1-866-670-1561.

On November 21, 2018, we received a valid legal order, which we were ordered to comply with. The legal order was a Marshall Levy New from *Ronald Moses, Marshal* for $17,522.40. An exemption amount of $3,120.00 was applied to the account ending in 0848.To fulfill the legal order, we debited the amount of $952.19 from the account ending in 0848, and a legal order processing fee of $125.00 was assessed. On December 13, 2019, the amount of $16,570.21 from case ending in 6218 was transferred to case ending in 2418 and on December 20, 2019, the amount of $17,522.40 was returned to the account ending in 0848.

On March 14, 2019, we received a valid *New York Information Subpoena and Restraining Notice,* which we were obligated to comply with. The legal order was in the amount of $16,941.74. The amount of $8,016.44 was debited for the legal order and legal order processing fee of $125.00 was assessed. An exemption amount of $3,600.00 was applied to the account ending in 0848. Any amount of over the exempted amount can be taken for the legal order. In order to release the funds from case *28582119*, please have Gutman, Mintz, Baker & Sonnenfeldt, LLP fax us a letter of release at 1-866-670-1561. We apologized for the inconvenience the legal orders may have caused.

If you have further questions regarding this matter, please call us at 1-480-724-2000, Monday through Friday, 7:00 a.m. to 4:00 p.m., Pacific Time. During the Daylight Saving Time months, our hours are equivalent to 8:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 147774700

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. **1:19-cv-04227**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **Wells Fargo, N.A.**
on    **2/09/2026:**

[X] I served the subpoena by delivering a copy to the named person as follows: **Courtney Person**, who is designated by law to accept service of process on behalf of **Wells Fargo, N.A.** at **3 Flushing Ave, Brooklyn, NY 11205** on **02/09/2026 at 12:59 PM**

**I delivered the documents, SUBPOENA; LETTER; EXHIBITS,  to Courtney Person who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with a beard.  He is regional branch manager**; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 167.10** for services, for a total of **$ 167.10**.

I declare under penalty of perjury that this information is true.

Date:  02/09/2026

_____
*Server's signature*

**Fatih Ucan**
*Printed name and title*

**1205 Avenue R**
**6H**
**Brooklyn, NY 11229**

_____
*Server's address*

Additional information regarding attempted service, etc:


