

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

February 26, 2026

**VIA ECF**
Magistrate Judge Marcia M. Henry
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

    Re:    *Fadlevich v. JD 34th Street Realty, LLC,* **19-cv-04227-DG-MMH**

Your Honor:

    Rivkin, Radler LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman Defendants"), in the above referenced action.

    Reference is made to Plaintiff's Motion to Produce Documents Responsive to Two Prior Subpoenas On Non-Party Wells Fargo. *See, Dkt. #153*. The Gutman Defendants are presently deliberating whether to oppose such motion. According to your Honor's Individual Rules, any opposition is to be filed on or before March 2, 2026.

    Nevertheless, to the extent the Gutman Defendants choose to file opposition, I respectfully request a very brief, two-day extension, (until March 4, 2026), in which to so file. Plaintiff's counsel consents to this request. The reason for my request is that March 2, 2026 is my youngest daughter's 21st birthday, and I will be away on Sunday and Monday celebrating it with my family.

    This is my first request for an extension regarding Plaintiff's instant motion.

                      Respectfully submitted,

                      RIVKIN RADLER LLP

                      *Kenneth A. Novikoff*

                      Kenneth A. Novikoff

4901-9967-1698, v. 1/

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777