UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MARK FADLEVICH,

                                        Case No.: 1:19-cv-04227-NRM-MMH

                    Plaintiff,

     -against-

JD 34TH STREET REALTY LLC, GUTMAN,
MINTZ, BAKER & SONNENFELDT, LLP,
and ERIC KEILBACH,

                    Defendants.

-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      On March 5, 2026, the Court issued an ECF Order that "Plaintiff is directed to serve a copy of this Order on **counsel for** Wells Fargo and file proof of service by 03/06/2026." (emphasis added).

      I hereby certify that on March 6, 2026, I served by email a copy of the ECF Order (as well as the underlying request for extension, Dkt. No. 154) to the counsel listed below.

      Andrew Arthur, Esq.
      aarthur@zeklaw.com
      Zeichner, Ellman & Krause, LLP
      730 Third Avenue
      New York, NY 10017

      However, I cannot confirm that the firm represents Wells Fargo in relation to the Motion to Produce. Mr. Arthur is the counsel who represented Wells Fargo during the deposition of the corporate representative that forms, in part, the basis for Plaintiff's Motion to Produce Documents Responsive to Two Prior Subpoenas (Dkt. No. 153). However, Mr. Arthur indicated he was not authorized to accept service of the Motion. As such, the Motion was sent out for formal service on a Wells Fargo branch bank through a process server, with a courtesy copy emailed to Mr. Arthur. I have not been able to confirm with Mr. Arthur whether he is authorized to accept service of the ECF Court Order, Dkt. 153. I emailed him today and have not heard back.

      Out of an abundance of caution, in the event Mr. Arthur will not represent Wells Fargo with regards to the Motion, I have also mailed copies of the Order and Defendant's Motion for Extension of Time (Dkt. No. 154) to Wells Fargo by first-class mail to the two below addresses:

      Wells Fargo, N.A.
      Attn: Legal Department
      333 Market Street
      San Francisco, CA 94105

      Wells Fargo, N.A., Summons and Subpoenas Department
      PO Box 1415 MAC #D1111-016
      Charlotte, NC 28201

Dated: Brooklyn, New York
      March 6, 2026

                                                                    /s/ Ahmad Keshavarz

                                                                 Ahmad Keshavarz
                                                                 Law Office of Ahmad Keshavarz
                                                                 16 Court St., 26th Floor
                                                                 Brooklyn, NY 11241-1026

cc: all counsel via ECF

cc: Andrew Arthur, Esq., via email to aarthur@zeklaw.com