# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

March 23, 2026

**VIA ECF**
Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Plaintiff's motion to *nunc pro tunc* enlarge time serve via process server DE 153, Plaintiff's motion to enforce subpoena of documents responsive to each of Plaintiff's previous subpoenas of February 2, 2026 and November 1, 2019.** *Fadlevich v. JD 34th Street Realty, LLC,* **No. 1:19-cv-04227-NRM-MMH**

Dear Judge Henry:

The undersigned represents Plaintiff.

On February 23, 2025 Plaintiff filed DE 153, his motion to enforce subpoena of documents responsive to each of Plaintiff's previous subpoenas of February 2, 2026 and November 1, 2019. The application was directed towards non-part Wells Fargo (the Motion). .

The "cc:" section of the letter application indicated the application would be served "via email to their counsel Andrew Arthur aarthur@zeklaw.com" and to a local branch of the bank, "Wells Fargo at 3 Flushing Ave, Suite 100, Brooklyn, NY 11205 (via process server)"

Mr. Arthur is the counsel who represented Wells Fargo during the deposition of the corporate representative that forms, in part, the basis for Plaintiff's Motion to Produce Documents Responsive to Two Prior Subpoenas (Dkt. No. 153). However, Mr. Arthur indicated he was not authorized to accept service of the Motion but would appreciate receiving a duplicate copy.

As such, the Motion was sent out for formal service via process serve on a Wells Fargo branch bank through a process server. The unsigned forwarded Mr. Arthur a courtesy copy of the Motion via an email that allowed for the free download of the Motion with attachments. Indeed, on February 24, 2026 the undersigned was sent an email from the Wells Fargo Legal Department asking for copies of exhibits to the Motion, but then followed up that the matter "is being handled by a colleague of mine with the assistance of outside counsel." *See* Exhibit A.

On February 26, 2026 my process server, ABC Legal, received the Motion for service at the Wells Fargo branch at 3 Flushing Ave, Suite 100, Brooklyn, NY 11205. I have used ABC Legal for years and they have always promptly served court papers and subpoenas. However, having not received confirmation of service by ABC, I contacted them many times over a period of weeks. Finally, on March 20, 2026 ABC indicated it was having difficulty obtaining a process server in that area.

Consequently, Plaintiff moved nunc pro tunc for an application to serve via process server 1) the Motion [DE 153], 2) this application, and 3) any order in response to this application or setting a deadline for Wells Fargo to respond.

I apologize to the Court and all parties for this delay of service. I have retained a different process serving agency to do rush service for the above documents.

Plaintiff thanks the Court for its consideration.

Respectfully,

/s/

Ahmad Keshavarz

Enclosures

Exhibit A: February 24, 2026 emails with Wells Fargo in-house legal department

Exhibit B: Attempts to have ABC Legal to serve the Motion on the Wells Fargo branch.

cc: all parties via ECF; Andrew Arthur, Esq. aarthur@zeklaw.com ;

2