## Ahmad Keshavarz

| | |
|---|---|
| **From:** | Hernandez, Felix (Legal) <Felix.Hernandez@wellsfargo.com> |
| **Sent:** | Tuesday, February 24, 2026 3:24 PM |
| **To:** | Ahmad Keshavarz |
| **Subject:** | RE: Subpoena for Records; Case No. 1:19-cv-04227; WF202659715834 |

Please disregard my previous email. I was made aware that this is being handled by a colleague of mine with the assistance of outside counsel.

Felix Hernandez
Senior Paralegal – Complex Subpoena & Garnishment Team
Wells Fargo Legal Department

---

**From:** Hernandez, Felix (Legal)
**Sent:** Tuesday, February 24, 2026 12:13 PM
**To:** 'ahmad@newyorkconsumerattorney.com' <ahmad@newyorkconsumerattorney.com>
**Subject:** Subpoena for Records; Case No. 1:19-cv-04227; WF202659715834

Dear Ms. Keshavarz:

I'm a paralegal for Wells Fargo Bank working on a subpoena for records in your *Fadlevich* case. In the subpoena package, there were supposed to be two attachments of transcripts of a deposition and "Response Letters" (ten in total).

Could you please forward me these attachments at your earliest possible?

Felix Hernandez
Senior Paralegal – Complex Subpoena and Garnishment Team
Wells Fargo Legal Department
333 Market, 30th Floor | San Francisco, CA 94105
MAC A0119-303 | Phone: 415-396-6018 | Fax: 866-608-1396
Email: felix.hernandez@wellsfargo.com

---

CONFIDENTIALITY NOTE: The contents of this message may be attorney-client privileged, protected by the work product doctrine, or contain confidential proprietary information.
If you are not the intended recipient, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message.
Thank you for your cooperation.