Case 1:19-cv-04227-NRM-MMH     Document 157-2     Filed 03/23/26     Page 1 of 7 PageID #: 5710

Search for case by number, title, court...

**Case Activity & Search** ▶ Case Details

## 🔍 Case Details

◀ Previous   **3** of 47   Next ▶

## Overview

(1) Contacts

Fadlevich v JD 34th Street Realty, LLC

SUBMITTED
2/26/2026

REFERENCE ID
📋 Fadlevich

JOB TYPE & LEGAL DOCUMENT CATEGORY
Serve Only | Other

CASE NUMBER
📋 1:19-cv-04227-NRM-MMH

COURT
US District Court, New York, Eastern Division, Brooklyn

> 👤 PARTY TO SERVE
> **Wells Fargo, N.A.**

## Progress Overview

View: 📄 Proofs    📇 Invoices

**All activity has been stopped.**

## Key Events

✕ **CANCELED**                                             3/23/2026

Service On Wells Fargo, N.A.

## Updates & Activity ❓

⬇ Expand All   |   ⬆ Collapse All                    Jump to: Support

Filter By:   ⦿ All Activity    ◯ Service Events (Only)

3/23/26 9:51 AM EDT

**Message** from  RC  Rubén C.                                   ⌃

"Hello Ahmad,

We've canceled your order as requested and applied the refund to your account. If you have any questions, please don't hesitate to reach out.

Best regards,

Ruben C.
ABC Legal Customer Support"

I can assist you with your question.                ✕

3/23/26 9:48 AM EDT

ⓘ      Service for Wells Fargo, N.A. has been canceled by Rubén C.

Case 1:19-cv-04227-NRM-MMH    Document 157-2    Filed 03/23/26    Page 2 of 7 PageID #: 5711

Notes: per customer

3/22/26 5:35 PM EDT

**Message** from (AK) AHMAD K.

Just return all the money I have paid you regarding service in this case (including any cost for printing). This has taken way to long. I am going to hire a different process serving agency.

3/22/26 5:33 PM EDT

Documents Received: Process server received documents for **Wells Fargo, N.A.**.

Server: Elvis Delgado

3/20/26 12:38 PM EDT

**Message** from (GM) Grace M.

Hello Ahmad,

We're currently experiencing a temporary delay in securing a process server for that address. At this time, we're unable to confirm service availability at that specific location through our network.

Rather than keeping your order pending, we can issue a full refund for the most recent address charge immediately. Please let us know if you would prefer the refund processed or if you have an alternate address we can review right away.

We look forward to hearing from you.

Kindly,
Grace
ABCLegal Customer Support

3/20/26 11:47 AM EDT

**Message** from (AK) AHMAD K.

Following up again. This was submitted way back on 2/26, and service is just on a bank. When will it be served?

3/17/26 10:55 AM EDT

**Message** from (WH) Wendy H.

Hello Ahmad,

Thanks for reaching out. There seems to be a slight delay with your job. We are aware of it, and we're working on it. Please allow us 24-48 hours, and we will provide an update on the job to your online ABC Legal account. Thanks for your patience while we work diligently to get your job served!

Status updates can be seen in your online account. You can also sign up for text or email updates. Here's how: Log into your online ABC account, click Admin, and click the pencil edit button on the right. Click the Notifications tab at the top and select when and how you want to be notified.

Thank you,
Wendy H.
Customer Success

3/17/26 6:52 AM EDT

**Message** from (AK) AHMAD K.

When will this be served? What is the delay? This was given for served back on submitted:2/26/2026

3/15/26 2:07 PM EDT

**Message** from (WH) Wendy H.

Hello Ahmad,

Thank you for reaching out. I've contacted the server assigned to your order to obtain a status update. We'll share more information with you as soon as it becomes available. In the meantime, if you need any assistance, please don't hesitate to let us know.

Best regards,
Wendy H
ABC Legal Customer Support

3/13/26 10:28 PM EDT

Message from  AK  AHMAD K.    ∧

What is taking so long to serve a bank?

3/12/26 1:27 PM EDT

Message from  CF  Christian F.    ∧

Hello Ahmad,

Thank you for contacting ABC Legal.

Your service packet has been updated accordingly.

Please continue to monitor your dashboard for additional updates as attempts progress and feel free to reach out again if you need further assistance.

Best regards,
Christian F.
ABC Legal Customer Support

3/12/26 10:59 AM EDT

Message from  AK  AHMAD K.    ∧

Hi - if you haven't served already, please add this to the documents to be served.

🖇 (1)

3/11/26 2:47 PM EDT

Message from  AK  AHMAD K.    ∧

Where are we on this?

3/10/26 12:24 PM EDT

Message from  CM  Charlie M.    ∧

Hello Ahmad,

Thank you for your continued patience.

Apologies for this service delay. We have contacted the process server and indicated to commence with the service as soon as possible, reiterating the urgency of the matter.

We will continue to monitor your order and provide updates accordingly. If we can be of any further assistance please let us know.

Regards
Carlos M
ABC Legal Customer Support

3/10/26 9:45 AM EDT

Message from  AK  AHMAD K.    ∧

What is the status of service. This was sent to you for service on 2/26 and for it not to be served by now is simply not acceptable, especially as this is just a bank with regular hours. No one is dodging service here.

**3/6/26** 8:05 AM EST

**Message** from CM Charlie M. ⌃

Hello Ahmad,

Thank you for your message and inquiry.

After further review your order has been assigned and dispatched to our process server, service attempts will commence shortly.

Please monitor your job dashboard for any updates and do not hesitate to reach out with any additional questions or information for this order.

If we can be of any further assistance please let us know.

Regards
Carlos M
ABC Legal Customer Support

**3/5/26** 9:10 PM EST

**Message** from AK AHMAD K. ⌃

What is the status of this service?

**3/5/26** 7:52 AM EST

**Message** from CM Charlie M. ⌃

Hello Ahmad,

Thank you for contacting ABC Legal Support.

We appreciate your business and are committed to ensuring that your documents are delivered as soon as possible. However, we're currently experiencing a temporary delay connecting with a process server for your order. We're actively working on resolving this issue, and we're confident that we'll have a solution soon. We appreciate your patience and understanding.

Regards
Carlos M
ABC Legal Customer Support

**3/4/26** 4:46 PM EST

**Message** from AK AHMAD K. ⌃

Why has this not been served yet?

**2/26/26** 5:03 PM EST

**Filing** Confirmed: Case # **1:19-cv-04227-NRM-MMH** ⌃

Filed: US District Court, New York, Eastern Division, Brooklyn on 2/23/2026 12:00 AM PST.

LETTER Re: Plaintiff's motion to enforce subpoena, LETTER Re: Mark Fadlevich v. JD 34th Street Realty, LLC, et al, SUPPORTING DOCUMENTS, SUBPOENA TO PRODUCE and EXHIBITS

**2/26/26** 5:03 PM EST

Order Reviewed: Entered and queued for the next step. ⌃

Good news. Your order has been reviewed and entered by our team. It is queued for the next step.

**2/26/26** 10:04 AM EST

Order Received: Standard Delivery for Service of Process requested upon 1 party by AHMAD KESHAVARZ ⌃

**Wells Fargo, N.A.**
3 Flushing Ave, Suite 100, Brooklyn, NY 11205

🔗 (1)    **Requestor**
AHMAD KESHAVARZ

---

📄 Documents

🏦 Invoices

👥 Support

## Need Help?

↗ **Read Our FAQs** for answers to common questions.

| Create a Customer Support Ticket |
|---|
| Please explain the issue and a member of our team will follow up. |

📎 Attach or Drag & Drop Documents

**Send Request**

---

8 New Messages. Mark All as Read

**RC** Rubén C. Mar 23, 2026 6:51 AM | ABC Legal Customer Support

"Hello Ahmad,

We've canceled your order as requested and applied the refund to your account. If you have any questions, please don't hesitate to reach out.

Best regards,

Ruben C.
ABC Legal Customer Support"

**AK** AHMAD K. Mar 22, 2026 2:35 PM

Just return all the money I have paid you regarding service in this case (including any cost for printing). This has taken way to long. I am going to hire a different process serving agency.

**GM** Grace M. Mar 20, 2026 9:38 AM | ABC Legal Customer Support

Hello Ahmad,

We're currently experiencing a temporary delay in securing a process server for that address. At this time, we're unable to confirm service availability at that specific location through our network.

Rather than keeping your order pending, we can issue a full refund for the most recent address charge immediately. Please let us know if you would prefer the refund processed or if you have an alternate address we can review right away.

We look forward to hearing from you.

Kindly,
Grace
ABCLegal Customer Support

**AK** AHMAD K. Mar 20, 2026 8:47 AM

Following up again. This was submitted way back on 2/26, and service is just on a bank. When will it be served?

⋮⋮

**WH**  Wendy H. Mar 17, 2026 7:55 AM | ABC Legal Customer Support

> Hello Ahmad,
>
> Thanks for reaching out. There seems to be a slight delay with your job. We are aware of it, and we're working on it. Please allow us 24-48 hours, and we will provide an update on the job to your online ABC Legal account. Thanks for your patience while we work diligently to get your job served!
>
> Status updates can be seen in your online account. You can also sign up for text or email updates. Here's how: Log into your online ABC account, click Admin, and click the pencil edit button on the right. Click the Notifications tab at the top and select when and how you want to be notified.
>
> Thank you,
> Wendy H.
> Customer Success

**AK**  AHMAD K. Mar 17, 2026 3:52 AM

> When will this be served? What is the delay? This was given for served back on submitted:2/26/2026

**WH**  Wendy H. Mar 15, 2026 11:07 AM | ABC Legal Customer Support

> Hello Ahmad,
>
> Thank you for reaching out. I've contacted the server assigned to your order to obtain a status update. We'll share more information with you as soon as it becomes available. In the meantime, if you need any assistance, please don't hesitate to let us know.
>
> Best regards,
> Wendy H
> ABC Legal Customer Support

**AK**  AHMAD K. Mar 13, 2026 7:28 PM

> What is taking so long to serve a bank?

**CF**  Christian F. Mar 12, 2026 10:27 AM | ABC Legal Customer Support

> Hello Ahmad,
>
> Thank you for contacting ABC Legal.
>
> Your service packet has been updated accordingly.
>
> Please continue to monitor your dashboard for additional updates as attempts progress and feel free to reach out again if you need further assistance.
>
> Best regards,
> Christian F.
> ABC Legal Customer Support

**AK**  AHMAD K. Mar 12, 2026 7:59 AM

> Hi - if you haven't served already, please add this to the documents to be served.

🔗Document (ECF Order Setting Response Deadline.pdf)

**AK**  AHMAD K. Mar 11, 2026 11:47 AM

> Where are we on this?

**CM**  Charlie M. Mar 10, 2026 9:24 AM | ABC Legal Customer Support

> Hello Ahmad,
>
> Thank you for your continued patience.
>
> Apologies for this service delay. We have contacted the process server and indicated to commence with the service as soon as possible, reiterating the urgency of the matter.
>
> We will continue to monitor your order and provide updates accordingly. If we can be of any further assistance please let us know.
>
> Regards

Carlos M
ABC Legal Customer Support

AK · AHMAD K. Mar 10, 2026 6:45 AM

What is the status of service. This was sent to you for service on 2/26 and for it not to be served by now is simply not acceptable, especially as this is just a bank with regular hours. No one is dodging service here.

CM · Charlie M. Mar 6, 2026 5:05 AM | ABC Legal Customer Support

Hello Ahmad,

Thank you for your message and inquiry.

After further review your order has been assigned and dispatched to our process server, service attempts will commence shortly.

Please monitor your job dashboard for any updates and do not hesitate to reach out with any additional questions or information for this order.

If we can be of any further assistance please let us know.

Regards
Carlos M
ABC Legal Customer Support

AK · AHMAD K. Mar 5, 2026 6:10 PM

What is the status of this service?

CM · Charlie M. Mar 5, 2026 4:52 AM | ABC Legal Customer Support

Hello Ahmad,

Thank you for contacting ABC Legal Support.

We appreciate your business and are committed to ensuring that your documents are delivered as soon as possible. However, we're currently experiencing a temporary delay connecting with a process server for your order.  We're actively working on resolving this issue, and we're confident that we'll have a solution soon. We appreciate your patience and understanding.

Regards
Carlos M
ABC Legal Customer Support

AK · AHMAD K. Mar 4, 2026 1:46 PM

Why has this not been served yet?

 FAQ & Documentation     Terms of Service