

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

FADLEVICH,

          Plaintiff,

  -vs-

JD 34TH STREET REALTY, LLC,

          Defendant.

-------------------------------------------------------X

Civil Action No. 1:19-cv-04227-NRM-MMH

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
              S.S.
COUNTY OF NEW YORK)

      **NORBERTO MALDONADO**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 26th day of March, 2026, at approximately the time of 10:54am, deponent served a true copy of the **MOTION TO ENFORCE SUBPOENA AND NOTICE OF DEADLINE TO RESPOND TO SUBPOENA** upon **WELLS FARGO** at 3 Flushing Avenue, Suite 100, Brooklyn, NY 11205, by personally delivering and leaving the same with **COURTNEY PERSON,** who informed deponent that she holds the position of Regional Branch Manager with that company and is authorized by appointment to receive service at that address.

      **COURTNEY PERSON** is a black male, approximately 30 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 200 pounds with black hair and brown eyes.

 

**NORBERTO MALDONADO, #1246635**

Sworn to before me this
27th day of March, 2026

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public-State of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 01, 2026

#315382

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com