UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MARK FADLEVICH,

                                Case No.: 1:19-cv-04227-NRM-MMH

               **Plaintiff,**

     **-against-**

JD 34TH STREET REALTY LLC, GUTMAN,
MINTZ, BAKER & SONNENFELDT, LLP,
and ERIC KEILBACH,

               **Defendants.**
-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On April 7, 2026, the Court issued an ECF Order that "Plaintiff is directed to serve a copy of this Order on **counsel for** Wells Fargo and file proof of service by 04/08/2026." (emphasis added).

I hereby certify that on April 7, 2026, I served by email a copy of the ECF Order (as well as the underlying motions, Dkt. Nos. 153 and 157) to the counsel listed below.

Andrew Arthur, Esq.
aarthur@zeklaw.com
Zeichner, Ellman & Krause, LLP
730 Third Avenue
New York, NY 10017

Mr. Arthur is the counsel who represented Wells Fargo during the deposition of the corporate representative that forms, in part, the basis for Plaintiff's Motion to Produce Documents Responsive to Two Prior Subpoenas (Dkt. No. 153). I received the following response from him via email, which I have also attached as an exhibit:

Thanks Ahmad, received. I will review.
I have been in contact with the bank recently. I know they are still undergoing their review of the subpoena and search for any responsive documents. I anticipate that a response should be coming shortly.
Best, Andrew

Dated: Brooklyn, New York
       April 8, 2026

                              /s/ Ahmad Keshavarz

                              _____
                              Ahmad Keshavarz

1

Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026

cc: all counsel via ECF

cc: Andrew Arthur, Esq., via email to aarthur@zeklaw.com