| | |
|---|---|
| **From:** | Andrew Arthur <aarthur@zeklaw.com> |
| **Sent:** | Tuesday, April 7, 2026 1:35 PM |
| **To:** | Ahmad Keshavarz |
| **Cc:** | Kevin Gartland |
| **Subject:** | RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File |

Thanks Ahmad, received. I will review.

I have been in contact with the bank recently. I know they are still undergoing their review of the subpoena and search for any responsive documents. I anticipate that a response should be coming shortly.

Best,
Andrew

**Andrew Arthur**
*Associate*



ZEICHNER ELLMAN & KRAUSE LLP

730 Third Avenue
New York, NY 10017
tel: (212) 826-5314
aarthur@zeklaw.com | www.zeklaw.com

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Tuesday, April 7, 2026 1:18 PM
**To:** Andrew Arthur <aarthur@zeklaw.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Andrew,

Please see email string below. I have sent to you in 3 separate emails DE 153 and DE 157, as well as the ECF order dated today regarding the same.

Again, I ask you reply to this email to confirm your receipt of this email and the chain of emails and attachments referenced below.

Thanks.

---

**From:** Ahmad Keshavarz
**Sent:** Tuesday, April 7, 2026 1:15 PM
**To:** Andrew Arthur
**Cc:** Kevin Gartland
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Attached are DE 153-5 to 153-6.

---

**From:** Ahmad Keshavarz
**Sent:** Tuesday, April 7, 2026 1:01 PM
**To:** Andrew Arthur
**Cc:** Kevin Gartland
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Attached are DE 153-1 to 153-4.



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Tuesday, April 7, 2026 1:00 PM
**To:** Andrew Arthur
**Cc:** Kevin Gartland
**Subject:** FW: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Please see below.

Attached are DE 153 and the motion that is DE 157.  Given the size of the exhibits in DE 157, they will be sent in two follow up emails. I would request to confirm your receipt of the emails. This of course is without waiver of any rights of Wells Fargo as to this matter.



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Tuesday, April 7, 2026 12:47 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 4/7/2026 at 12:46 PM EDT and filed on 4/7/2026
**Case Name:**      Fadlevich v. JD 34th Street Realty LLC et al
**Case Number:**    1:19-cv-04227-NRM-MMH
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**ORDER granting [157]: Plaintiff's request for an extension of time to serve Wells Fargo with his motions (ECF Nos. 153 and 157) is granted *nunc pro tunc*. Plaintiff is directed to serve Wells Fargo with his motions at ECF No. 153 and 157 by 04/08/2026. Any response to Plaintiff's 02/23/2026 motion to produce documents (ECF No. 153) shall be filed by 04/24/2026. Plaintiff is directed to serve a copy of this Order on counsel for Wells Fargo and file proof of service by 04/08/2026. So Ordered by Magistrate Judge Marcia M. Henry on 04/07/2026. (BMF)**

**1:19-cv-04227-NRM-MMH Notice has been electronically mailed to:**

Kenneth Adam Novikoff     ken.novikoff@rivkin.com, simone.etwaru@rivkin.com

Arthur G. Jakoby     ajakoby@herrick.com, courtnotices@herrick.com

Ahmad Keshavarz     ahmad@newyorkconsumerattorney.com, ECF@newyorkconsumerattorney.com, ahmad.newyorkconsumerattorney.com@recap.email, austinconsumerattorney@gmail.com, kevin@newyorkconsumerattorney.com, kgartland100@gmail.com

Michael Neal Impellizeri     michael.impellizeri@rivkin.com, impellizerim@gmail.com

**1:19-cv-04227-NRM-MMH Notice will not be electronically mailed to:**

**CAUTION:** This email originated from outside ZEK's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.