Andrew E. Arthur, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Avenue
New York, New York 10017
Tel: (212) 223-0400
*Attorneys for Non-party Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK H. FADLEVICH, | Case No. 1:19-cv-04227-NRM-MMH |
| Plaintiff, | |
| - against - | |
| JD 34TH STREET REALTY LLC, GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP, and ERIC KEILBACH, | **NOTICE OF APPEARANCE** |
| Defendants. | |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for non-party Wells Fargo

Bank, N.A.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         May 11, 2026

ZEICHNER ELLMAN & KRAUSE LLP

By:      /s/ Andrew E. Arthur
         Daniel Park
         Attorneys for non-party Wells Fargo
         Bank, N.A.
         730 Third Avenue
         New York, New York 10017
         *aarthur@zeklaw.com*
         (212) 223-0400

TO:   All Appearing Counsel (by ECF)