ZEICHNER ELLMAN & KRAUSE LLP

730 THIRD AVENUE

NEW YORK, NEW YORK 10017

TEL: (212) 223-0400

DIRECT DIAL

(212) 826-5314

aarthur@zeklaw.com

WWW.ZEKLAW.COM

May 11, 2026

**BY ECF**

Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Fadlevich v. JD 34th Street Realty, LLC**
**Case No. 1:19-cv-04227-NRM-MMH**
**(Letter Requesting Enlargement of Time to Respond to Plaintiff's Motion to Produce)**

Dear Judge Henry:

We are counsel to non-party Wells Fargo Bank, N.A. ("Wells Fargo"). Jointly with plaintiff's counsel we submit this letter pursuant to this Court's Individual Practices Rules to respectfully seek an extension of Wells Fargo's time to respond to plaintiff's letter "motion to enforce subpoena of documents responsive to each of Plaintiff's previous subpoenas of February 2, 2026 and November 1, 2019" (ECF No. 153) to **May 22, 2026**.

We are advised that by order dated April 7, 2026, this Court previously set April 24, 2026 as the time by which Wells Fargo was to respond. However, Wells Fargo needs additional time in order respond and produce responsive documents. We request this extension because the parties continue to endeavor to resolve this dispute without court intervention.

This is Well Fargo's first request for such an extension, and we are advised that there are no other scheduled Court appearances or deadlines that this extension will affect, other than the referenced response date. Thank you for the Court's time and consideration.

Respectfully,

*/s/ Andrew E. Arthur*

Andrew E. Arthur

To: All Appearing Parties by ECF

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV