ZEICHNER ELLMAN & KRAUSE LLP

730 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5314
aarthur@zeklaw.com

WWW.ZEKLAW.COM

June 5, 2026

**BY ECF**

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Fadlevich v. JD 34th Street Realty, LLC**
**Case No. 1:19-cv-04227-NRM-MMH**
**(Letter Responding to Plaintiff's Letter Motion Dated February 23, 2026)**

Dear Judge Henry:

We represent non-party Wells Fargo Bank, N.A. ("Wells Fargo") in the captioned matter. By a letter dated May 11, 2026 (ECF No. 161), we and Plaintiff's counsel jointly asked this Court for an extension of Wells Fargo's time to respond to Plaintiff's letter motion dated February 23, 2026 (ECF No. 153) (the "Letter Motion") "to enforce" subpoenas dated February 2, 2026 and November 1, 2019 (collectively, the "Subpoenas") to May 22, 2026. By a text order dated May 29, 2026, this Court granted the request *nunc pro tunc* and directed Wells Fargo to respond to the Letter Motion by June 5, 2026.

We write to let this Court know that on May 22, 2026, Wells Fargo responded to the Subpoenas by making a supplemental production of responsive documents, together with appropriate responses and objections. That same day plaintiff's counsel had questions concerning the document production, which Wells Fargo promptly addressed, also on that day. We have not received any communication from Plaintiff's counsel since that time. Prior to filing this letter, the undersigned contacted Plaintiff's counsel and requested that the Letter Motion be withdrawn; however, no response was received. By reason of Wells Fargo's compliance with the Subpoenas, we respectfully submit that the Letter Motion is moot.

We thank this Court for its consideration.

Respectfully,

*/s/ Andrew E. Arthur*

Andrew E. Arthur

To: All Appearing Parties by ECF

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV