| | |
|---|---|
| **From:** | Andrew Arthur <aarthur@zeklaw.com> |
| **Sent:** | Monday, June 15, 2026 6:55 PM |
| **To:** | Ahmad Keshavarz |
| **Cc:** | Kevin Gartland |
| **Subject:** | RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File |

Confirmed.

**Andrew Arthur**
*Associate*



ZEICHNER ELLMAN & KRAUSE LLP

730 Third Avenue
New York, NY 10017
tel: (212) 826-5314
aarthur@zeklaw.com | www.zeklaw.com

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Monday, June 15, 2026 6:54 PM
**To:** Andrew Arthur <aarthur@zeklaw.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

We agree that pages 1 – 5 can be filed despite the confidentiality designation.

Agreed?

**From:** Andrew Arthur <aarthur@zeklaw.com>
**Sent:** Monday, June 15, 2026 6:51 PM

**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Confirmed, we are at an impasse on the privilege log.

**Andrew Arthur**
*Associate*



730 Third Avenue
New York, NY 10017
tel: (212) 826-5314
aarthur@zeklaw.com | www.zeklaw.com

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

---

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Monday, June 15, 2026 6:49 PM
**To:** Andrew Arthur <aarthur@zeklaw.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Agreed. Also confirming we are at an impasse on the privilege log/

Agreed?

---

**From:** Andrew Arthur <aarthur@zeklaw.com>
**Sent:** Monday, June 15, 2026 6:48 PM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

We have met and conferred, and the parties have discussed that Wells Fargo will reproduce:

1.      All of the documents from the Payouts and Releases Department and clearly indicate which bates-stamped documents they are.
2.      All of the documents from the Complaints and Management Department and clearly indicate which bates-stamped documents they are.

Wells Fargo will produce by July 5, 2026.

**Andrew Arthur**
*Associate*



**ZEICHNER ELLMAN & KRAUSE LLP**

730 Third Avenue
New York, NY 10017
tel: (212) 826-5314
aarthur@zeklaw.com | www.zeklaw.com

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Monday, June 15, 2026 6:43 PM
**To:** Andrew Arthur <aarthur@zeklaw.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

We agree that wells Fargo will produce :

1.  All of the documents from the Payouts and Releases Department and clearly indicate which documents they are.
2.  All of the documents from the Complaints and Management Department and clearly indicate which documents they are.

(or reproduce as the case may be) a single set of documents



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Andrew Arthur <aarthur@zeklaw.com>
**Sent:** Monday, June 15, 2026 9:22 AM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

That's fine. Thanks.

**Andrew Arthur**
*Associate*



730 Third Avenue
New York, NY 10017
tel: (212) 826-5314
aarthur@zeklaw.com  | www.zeklaw.com

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

---

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Monday, June 15, 2026 9:21 AM
**To:** Andrew Arthur <aarthur@zeklaw.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

2:45? (2:30 might open up, but not currently)/



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Andrew Arthur <aarthur@zeklaw.com>
**Sent:** Monday, June 15, 2026 9:14 AM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Hi Ahmad,

I am not available this AM. The afternoon around 2-3pm would work for me. Let me know if that works.

**Andrew Arthur**
*Associate*



730 Third Avenue
New York, NY 10017
tel: (212) 826-5314
aarthur@zeklaw.com | www.zeklaw.com

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Friday, June 12, 2026 9:53 PM
**To:** Andrew Arthur <aarthur@zeklaw.com>
**Subject:** FW: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Can we speak Monday. Say 10:00 AM? Thanks.



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Andrew Arthur <aarthur@zeklaw.com>
**Sent:** Thursday, June 4, 2026 3:26 PM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Activity in Case 1:19-cv-04227-NRM-MMH Fadlevich v. JD 34th Street Realty LLC et al Order on Motion for Extension of Time to File

Hi Ahmad,

Do you plan on withdrawing the motion now that the WF has responded to the subpoena? Please let me know. Thanks.

**Andrew Arthur**
*Associate*



730 Third Avenue
New York, NY 10017
tel: (212) 826-5314
aarthur@zeklaw.com | www.zeklaw.com

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230