

## Legal Order Processing
### Liens, Levies and Garnishments

Leah Robinson - U791244
*Case Search*  00:08:01  **Pause**

---

**Case Details:**  [Error/Disputes] [View LEGL] [Upload] [Case History] [Print] [Fax] [Comment] [+]

| | | | |
|---|---|---|---|
| **Case #:** | 115416218 | **Status:** | Close |
| **State:** | New York | **Document Type:** | Information Subpoena and Restraining Notice |
| **Legal Amt:** | $16,550.97 | **Due Date:** | 05/31/2019 |
| **Exemption Amt:** | $2,750.00 | **Calculated Legal Amt:** | $33,101.94 |
| **Expiry Date:** | | **Case Close Date:** | 05/31/2019 |

---

**Case Detail    Documents    Checks    Paper Payment    Requestor    Payee    Customers    Accounts    Comments**

**Notifications    Duplicate Cases**

| Comment | User | Date |
|---|---|---|
| FADLEVICH MARK H. called in about Lo adv LO details , provide docket case number and requestor contact number . INQ _ | U548802 | Dec 04 2018 5:38PM |
| ROBERT.TOWNSEND@wellsfargo.com called for exemption form and legal docs INQ_ | U524550 | Dec 07 2018 3:13PM |
| received levy and demand, payout $17522.40, deposit in case #121562418 | U534653 | Dec 13 2018 6:48PM |
| **correction**received levy and demand, payout $16570.21, deposit in case #121562418 | U534653 | Dec 13 2018 6:50PM |
| placed funds In the amount of 16570.21 fro this case into 121562418 | A899099 | Dec 17 2018 10:49AM |
| received disputing letter from defendant Mark Fadlevich docs receive are directed to attorney Gutman Mint, baker & Sonnenfeldt LLP . Award letter from Social Security Administration August 21,2018 and exemption claim forms signed December 07,2018. forward docs to paralegal | scruz | Dec 21 2018 11:53AM |
| Kevin.A.Lawrence@wellsfargo.com wrote letter to customer and resolved UW Case #Kevin.A.Lawrence@wellsfargo.com wrote letter to customer and resolved UW Case #144082939 | U557195 | Jan 08 2019 11:49AM |
| Rcvd. Customer Complaint letter. Forwarded to Operations complaint Mgmt. | A214032 | Feb 11 2019 10:58AM |
| OCMEO assigned UW case # 145822536 | U671875 | Feb 15 2019 5:02PM |
| cynthia.dowdell@wellsfargo.com sent a letter for UW case #145822536 | U436268 | Feb 25 2019 8:20AM |

CONFIDENTIAL

WF000001



CONFIDENTIAL

WF000002



**Legal Order Processing**

Liens, Levies and Garnishments

Leah Robinson - U791244
*Case Search* 00:01:30 **Pause**

---

**Case Details:**      [Error/Disputes] [View LEGL] [Upload] [Case History] [Print] [Fax] [Comment] **[+]**

| | | | |
|---|---|---|---|
| **Case #:** | 121562418 | **Status:** | Close |
| **State:** | New York | **Document Type:** | Marshall Levy New |
| **Legal Amt:** | $17,522.40 | **Due Date:** | 12/20/2018 |
| **Exemption Amt:** | $2,750.00 | **Calculated Legal Amt:** | $17,522.40 |
| **Expiry Date:** | | **Case Close Date:** | 12/20/2018 |

**Case Detail**    **Documents**    **Checks**    **Paper Payment**    **Requestor**    **Payee**    **Customers**    **Accounts**    **Comments**

**Notifications**    **Duplicate Cases**

| Comment | User | Date |
|---|---|---|
| FED EXEMPT IS $1562.00, STATE EXEMPTION HIGHER, NH | U297157 | Dec 11 2018 12:59PM |
| Case # 121562418 has been created for the attached Levy. Please review and process any necessary payout. NH | U297157 | Dec 11 2018 1:03PM |
| 12/11/18 JW | A700105 | Dec 11 2018 1:21PM |
| FOXTROT REVIEWED JW STATE EXEMPT WAS LOWER THAN FED EXEMPT SENDING FED EXEMPT LETTER TO CUST | A700105 | Dec 12 2018 12:00PM |
| check created in the amount of #16570.21 for this case | U534653 | Dec 13 2018 6:54PM |
| placed funds in the amount of 16570.21 from case 115416218 into this case | A899099 | Dec 17 2018 10:50AM |
| RCVD FULL REL - RLSD $17522.40 | U632373 | Dec 20 2018 3:35PM |
| Rcvd release order case closed no action taken | sjimers | Dec 28 2018 11:18AM |
| Rcvd faxed copy of letter from customer RE: funds exempt. Case closed/released | U589832 | Feb 15 2019 1:51PM |
| cynthia.dowdell@wellsfargo.com sent a letter for UW case #145822536 | U436268 | Feb 25 2019 8:20AM |

ReOpen Case



**Case Details:**                    [Error/Disputes] [View LEGL] [Upload] [Case History] [Print] [Fax] [Comment] **[+]**

| | | | |
|---|---|---|---|
| **Case #:** | 28582119 | **Status:** | Close |
| **State:** | New York | **Document Type:** | Information Subpoena and Restraining Notice |
| **Legal Amt:** | $16,941.74 | **Due Date:** | 07/17/2019 |
| **Exemption Amt:** | $2,750.00 | **Calculated Legal Amt:** | $33,883.48 |
| **Expiry Date:** | | **Case Close Date:** | 07/17/2019 |

**Case Detail    Documents    Checks    Paper Payment    Requestor    Payee    Customers    Accounts    Comments**

**Notifications    Duplicate Cases**

| Comment | User | Date |
|---|---|---|
| Rcvd. Customer Complaint letter. Forwarded to Operations complaint Mgmt. customer stating funds are exempt wants funds released. case#11516218 case#28582119 are from same requestor Eric Keilbach, Esq other case#12156241 Marshal Moses release funds back to him | scruz | Apr 10 2019 11:26AM |
| RCVD RLS, NO MARSHAL LEVY FOUND, OK TO RLS | A154573 | Jul 17 2019 6:40PM |
| FULL FAX RELEASE RCVD - CASE CLOSED | U467061 | Jul 18 2019 11:41AM |

ReOpen Case



**Case Details:**                    [Error/Disputes] [View LEGL] [Upload] [Case History] [Print] [Fax] [Comment] **[+]**

| | | | |
|---|---|---|---|
| **Case #:** | 72884919 | **Status:** | Close |
| **State:** | New York | **Document Type:** | Information Subpoena and Restraining Notice |
| **Legal Amt:** | $17,352.90 | **Due Date:** | 07/17/2019 |
| **Exemption Amt:** | $2,750.00 | **Calculated Legal Amt:** | $34,705.80 |
| **Expiry Date:** | | **Case Close Date:** | 07/17/2019 |

**Case Detail**   **Documents**   **Checks**   **Paper Payment**   **Requestor**   **Payee**   **Customers**   **Accounts**   **Comments**

**Notifications**   **Duplicate Cases**

| Comment | User | Date |
|---|---|---|
| RCVD RLS, NO MARSHAL LEVY FOUND, OK TO RLS | A154573 | Jul 17 2019 6:42PM |
| FULL FAX RELEASE RCVD - CASE CLOSED | U467061 | Jul 18 2019 11:41AM |

ReOpen Case