**Fadlevich v. JD 34th Street Realty, LLC**
**Case No. 1:19-cv-04227-NRM-MMH**
**Privilege Log of Non-Party Wells Fargo Bank, N.A.**

| Bates Number | Date | From | To | Subject | Privilege or Prohibition Asserted | Withheld or Redacted |
|---|---|---|---|---|---|---|
| WF000001 | 4/30/2019 | J. Hall | Notes | Legal advice | ATTORNEY CLIENT PRIVILEGE | Redacted |
| WF000001 | 4/30/2019 | J. Hall | Notes | Legal advice | ATTORNEY CLIENT PRIVILEGE | Redacted |
| WF000001 | 4/30/2019 | J. Hall | Notes | Legal advice | ATTORNEY CLIENT PRIVILEGE | Redacted |
| WF000002 | 5/29/2019 | J. Hall | Notes | Legal advice | ATTORNEY CLIENT PRIVILEGE | Redacted |
| WF000002 | 5/31/2019 | J. Hall | Notes | Legal advice | ATTORNEY CLIENT PRIVILEGE | Redacted |