ZEICHNER ELLMAN & KRAUSE LLP
730 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5314
aarthur@zeklaw.com

WWW.ZEKLAW.COM

October 2, 2026

**BY ECF**

Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Fadlevich v. JD 34th Street Realty, LLC**
**Case No. 1:19-cv-04227-NRM-MMH**
**(Letter Request for Extension of Time for Wells Fargo to Amend Privilege Log)**

Dear Judge Henry:

We are counsel to non-party Wells Fargo Bank, N.A. ("Wells Fargo"). We submit this letter pursuant to this Court's Individual Practices Rules to respectfully seek an extension of Wells Fargo's time to amend its privilege log. By a text order dated September 21, 2026 (the "Text Order") this Court directed Wells Fargo to produce to plaintiff an amended privilege log by October 2, 2026 and, if any dispute arises, to submit an unredacted copy of the redacted account notes and amended privilege log for an in-camera review and file a letter with the Court by October 16, 2026.

Given that approximately seven years have elapsed since the notes were taken, the Bank continues to review these records. In spite of Wells Fargo's diligent efforts, it needs additional time to finalize the amended privilege log. Accordingly, we respectfully request a brief extension of the deadlines set forth in the Text Order and propose that Wells Fargo be given until October 16, 2026 to produce an amended privilege log by and until October 30, 2026 to seek the in-camera review, if necessary. Plaintiff has consented to this request.

This is Wells Fargo's first request for an extension of these deadlines and there are no other scheduled Court appearances or deadlines that this extension will affect, other than the referenced response dates.

Respectfully,

*/s/ Andrew E. Arthur*

Andrew E. Arthur

To: All Appearing Parties by ECF