ZEICHNER ELLMAN & KRAUSE LLP
730 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5314
aarthur@zeklaw.com

WWW.ZEKLAW.COM

October 16, 2026

**BY ECF**

Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Fadlevich v. JD 34th Street Realty, LLC**
**Case No. 1:19-cv-04227-NRM-MMH**
**(Letter Request for Second Extension of Time for Wells Fargo to Amend Privilege Log)**

Dear Judge Henry:

We are counsel to non-party Wells Fargo Bank, N.A. ("Wells Fargo"). We submit this letter pursuant to this Court's Individual Practices Rules to respectfully seek an extension of Wells Fargo's time to amend its privilege log pursuant to the September 21, 2026 text order. On October 5, 2026, the Court granted Wells Fargo its first extension of time until October 16, 2026 to produce an amended privilege log by and until October 30, 2026 to seek the in-camera review, if necessary.

However, in spite of Wells Fargo's diligent efforts, it still needs additional time to review its records and finalize an amended privilege log. Accordingly, we respectfully request a further brief two-week extension of the deadlines set forth in the October 5, 2026 text order and propose that Wells Fargo be given until October 30, 2026 to produce an amended privilege log and by and until November 13, 2026 to seek the in-camera review, if necessary.

This is Wells Fargo's second request for an extension of these deadlines and there are no other scheduled Court appearances or deadlines that this extension will affect, other than the referenced response dates. Plaintiff has consented to this request.

Respectfully,

*/s/ Andrew E. Arthur*

Andrew E. Arthur

To: All Appearing Parties by ECF