ZEICHNER ELLMAN & KRAUSE LLP
730 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5314
aarthur@zeklaw.com

WWW.ZEKLAW.COM

November 16, 2026

**BY ECF**

Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Fadlevich v. JD 34th Street Realty, LLC**
**Case No. 1:19-cv-04227-NRM-MMH**
**(Joint Letter Regarding Resolution of September 21, 2026 Text Order)**

Dear Judge Henry:

We are counsel to non-party Wells Fargo Bank, N.A. ("Wells Fargo"). Pursuant to this Court's text order dated September 21, 2026 (the "September 21 Order") we write jointly with plaintiff's counsel to advise the Court that Wells Fargo has produced an unredacted copy of the requested documents to Plaintiff, in lieu of submitting an amended privilege log, thereby resolving the issues raised in the Court's September 21 Order.

Accordingly, there is no longer any outstanding dispute between the parties, and Wells Fargo has fully satisfied its discovery obligations under Plaintiff's subpoenas dated November 1, 2019 and February 6, 2026. We thank the Court for its time and attention to this matter.

Respectfully,

*/s/ Andrew E. Arthur*

Andrew E. Arthur

To: All Appearing Parties by ECF