RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

KENNETH A. NOVIKOFF
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

November 24, 2026

**VIA ECF**
Magistrate Judge Marcia M. Henry
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

**Re: *Fadlevich v. JD 34th Street Realty, LLC*, 19-cv-04227-DG-MMH**

Your Honor:

Rivkin, Radler LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP and Eric Keilbach, ("Gutman Defendants"), in the above referenced action. Reference is made to Your Honor's Order dated November 18, 2026, requiring the parties to advise the Court as to "the status of limited discovery, including whether the parties certify the completion of such limited discovery, and their intended next steps in this action." Counsel for the respective parties jointly request that Your Honor extend the time for the parties to respond to the November 18 Order for one week, until December 6, 2026.

Counsel can report that the Wells Fargo discovery issue has been resolved and the need for additional discovery as it relates to Wells Fargo is very unlikely. However, Plaintiff's counsel and I have preliminarily communicated concerning the next steps and given our professional schedules since November 18, and our respective professional and personal schedules this week in light of the upcoming Thanksgiving Holiday, we both believe that the additional week with allow us each the opportunity to review the necessary information, "meet and confer," and arrive at the agreed upon "next steps" to present to the Court.

Respectfully submitted,

RIVKIN RADLER LLP

*Kenneth A. Novikoff*

Kenneth A. Novikoff

4906-0467-7349, v. 1/